| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clement Support Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1360557** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**480 Vandell Way**<br>**Campbell, CA**<br><br>ZIP Code **95008** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clement Support Services, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clement Support Services, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ Michael W. Malter**
_____
Signature of Attorney for Debtor(s)

**Michael W. Malter #96533**
Printed Name of Attorney for Debtor(s)

**Binder & Malter, LLP**
Firm Name

**2775 Park Avenue**
**Santa Clara, CA 95050**

_____
Address

**(408) 295-1700  Fax: (408) 295-1531**
Telephone Number

**March 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John White**
_____
Signature of Authorized Individual

**John White**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**March 10, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Northern District of California

In re   **Clement Support Services, Inc.**                                    Case No. _____

                                                    Debtor(s)                 Chapter   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **None** .

2. The following financial data is the latest available information and refers to the debtor's condition on ____ .

   a. Total assets                                                $ _____**3,186,164.85**

   b. Total debts (including debts listed in 2.c., below)         $ _____**7,006,761.44**

   c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

   d. Number of shares of preferred stock                        **0**            **0**

   e. Number of shares common stock                          **1,000**            **1**

       Comments, if any:

3. Brief description of Debtor's business:
   **Distribution of pipe supports and related materials and services.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Tony Clement, Trustee of the clement 2006 Revocable Trust, under Trust Agreement dated 5/31/06.**

# United States Bankruptcy Court
## Northern District of California

In re    __Clement Support Services, Inc.__                              Case No. _____
                                                     Debtor(s)           Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A. Palma Engineering<br>PO Box 1075<br>Pleasanton, CA 94566 | Debi Palma<br>A. Palma Engineering<br>5980 Stoneridge Drive#109<br>Pleasanton, CA 94588<br>925-469-0417 | Trade Debt | | 33,845.00 |
| Bay Standard Mfg., Inc.<br>P.O. Box 801<br>Brentwood, CA 94513-0801 | Alison Watts<br>Bay Standard Mfg., Inc.<br>24485 Marsh Creek Road<br>Brentwood, CA 94513<br>925-634-1181 | Vendor Bill | | 25,447.51 |
| City Tool Works, Inc.<br>907 E. Francis Street<br>Ontario, CA 91761 | Bill<br>City Tool Works, Inc.<br>907 E. Francis Street<br>Ontario, CA 91761<br>909-923-8080 | Trade debt | | 43,100.65 |
| Cooper B-Line, Inc.<br>Accounts Receivble<br>3343 Solution Center<br>Chicago, IL 60677-3003 | Rose McCusker<br>Cooper B-Line, Inc.<br>Accounts Receivble<br>3343 Solution Center<br>Chicago, IL 60677-3003<br>770-486-5281 | Trade Debt | | 551,792.59 |
| David Johnson<br>626 South Lake Avenue<br>Pasadena, CA 91106-3982 | David Johnson<br>626 South Lake Avenue<br>Pasadena, CA 91106-3982 | Lease of LaMirada Warehouse | | 29,160.00 |
| Ferrari Ottoboni LLP<br>333 West Santa Clara Street<br>Suite 700<br>San Jose, CA 95113 | Ferrari Ottoboni LLP<br>333 West Santa Clara Street<br>Suite 700<br>San Jose, CA 95113<br>408-280-0535 | Trade Debt | | 45,834.35 |
| Haydon Corporation<br>415 Hamburg Turnpike<br>Wayne, NJ 07470 | Kevin Johnson<br>Haydon Corporation<br>415 Hamburg Turnpike<br>Wayne, NJ 07470<br>973-904-0128 | Trade Debt | | 26,262.80 |

In re __Clement Support Services, Inc._____     Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Hodell-Natco Industries, Inc.**<br>**P.O. Box 75719**<br>**Cleveland, OH 44101-4755** | **Cindy Mendoza**<br>**Hodell-Natco Industries, Inc.**<br>**7825 Hub Parkway**<br>**Cleveland, OH 44135**<br>**775-358-2638** | **Trade Debt** | | **52,236.61** |
| **Holdrite**<br>**11545 W. Bernardo Court,**<br>**Suite 206**<br>**San Diego, CA 92127** | **Rosa Perez Lopez**<br>**Holdrite**<br>**11545 W. Bernardo Court, Suite 206**<br>**San Diego, CA 92127**<br>**760-621-0793** | **Trade Debt** | | **35,000.29** |
| **HSA Consulting Eng., Inc.**<br>**3857 Birch Street #416**<br>**Newport Beach, CA 92660** | **Zubair Sheikh**<br>**HSA Consulting Eng., Inc.**<br>**3857 Birch Street #416**<br>**Newport Beach, CA 92660**<br>**714-662-2612** | **Trade Debt** | | **882,306.82** |
| **Industrial Threaded**<br>**Products**<br>**515 N. Puente Street**<br>**Brea, CA 92821** | **Donald Garner**<br>**Industrial Threaded Products**<br>**515 N. Puente Street**<br>**Brea, CA 92821**<br>**562-802-4626** | **Trade Debt** | | **90,174.30** |
| **Jet Stream International,**<br>**LLC**<br>**931 Summit Avenue**<br>**Niles, OH 44446** | **Diana Howley**<br>**Jet Stream International, LLC**<br>**931 Summitt Avenue**<br>**Niles, OH 44446**<br>**330-505-9988** | **Trade Debt** | | **133,254.20** |
| **K.C. Scott Mfg. Inc.**<br>**2005 Mt.Vernon Avenue**<br>**Pomona, CA 91768** | **Audrey Bouzas**<br>**K.C. Scott Mfg. Inc.**<br>**2005 Mt. Vernon Avenue**<br>**Pomona, CA 91768**<br>**909-623-2005** | **Trade Debt** | | **27,133.60** |
| **Kumar Industries**<br>**4775 Chino Avenue**<br>**Chino, CA 91710** | **Sameer Agrawal**<br>**Kumar Industries**<br>**4775 Chino Avenue**<br>**Chino, CA 91710**<br>**909-591-0722** | **Trade Debt** | | **33,153.71** |
| **M.W. Sausse & Company**<br>**28744 Witherspoon Parkway**<br>**Valencia, CA 91355-5425** | **Jennifer Tampa**<br>**M.W. Sausse & Company**<br>**28744 Witherspoon Parkway**<br>**Valencia, CA 91355-5425**<br>**661-257-3311** | **Trade Debt** | | **94,087.01** |
| **PHD Manufacturing, Inc.**<br>**(Osbourne)**<br>**P.O. Box 44047**<br>**Detroit, MI 48244-0047** | **Jackie Thomas**<br>**PHD Manufacturing, Inc. (Osbourne)**<br>**44018 Columbiana-Waterford Road**<br>**Detroit, MI 48208**<br>**800-321-2736** | **Trade debt** | | **272,377.39** |

In re  **Clement Support Services, Inc.**                     Case No.  _____

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Robert B. & Jane D. Boxwell Family Trust 8794 Fruitridge Rd. Sacramento, CA 95826** | **Bud Boxell Robert B. & Jane D. Bowell Family Trust 8794 Fruitridge Road Sacramento, CA 95826 916-381-4792** | **Lease of commercial building in Sacramento, CA.** | | **23,166.63** |
| **Wells Fargo Businessline Mastercard Payment Remittance Center PO Box 54349 Los Angeles, CA 90054-0349** | **Customer Service Wells Fargo Businessline Mastercard Payment Remittance Center PO Box 54349 Los Angeles, CA 90054-0349 800-225-5935** | **Trade debt** | | **19,727.83** |
| **Xiamen Sourcing 10073 Valley View Street #418 Cypress, CA 90630** | **Carl Hansen Xiamen Sourcing 10073 Valley View Street #418 Cypress, CA 90630 866-970-7707** | **Trade debt** | | **71,649.11** |
| **ZSI Inc. 45065 Michigan Canton, MI 48188** | **Ed Rychlewski ZSI Inc. 45065 Michigan Canton, MI 48188 586-293-3963** | **Trade debt** | | **19,688.84** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 10, 2015**              Signature  **/s/ John White**

                                                **John White**
                                                **CFO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Clement Support Services, Inc.** _____,

                                    Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 3,186,164.85 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,661,564.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 12,707.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 3,332,490.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 3,186,164.85 | | |
| Total Liabilities | | | | 7,006,761.44 | |

# United States Bankruptcy Court
## Northern District of California

In re    **Clement Support Services, Inc.** _____,

                     Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **Clement Support Services, Inc.** _____ ,   Case No. _____

_____Debtor_____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Clement Support Services, Inc.**                              ,  Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 2,500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Avid Bank Checking (Acct. #2103)** **The balance in this account is -$14,278.94.** | - | 0.00 |
| | | | **First Republic Bank** | - | 5,000.00 |
| | | | **Avid (Collateral Acct. #2377)** | - | 253.06 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Ruth S. Johnson, Trustee of the Ruth S. Johnson Trust for the leased premises located at 15020 Desman Road, La Mirada, CA.** | - | 9,500.00 |
| | | | **Security deposit held by Robert B. Boxwell and Jane D. Boxwell Family Trust, as security for the lease of the property located at 8790 Fruitridge Road, Sacramento, CA.** | - | 5,632.00 |
| | | | **Security depsoit held by Vandell, LLC for the leased property located at 480 Vandell Way, Campbell, CA.** | - | 26,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >  **48,885.06**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re **Clement Support Services, Inc.** _____, Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (see attached list) | - | 1,166,725.72 |
| | | Advances made to CSS Fabrication, Inc. | - | 348,611.83 |
| | | Advances to Fortress | - | 2,454.66 |
| | | Note Receivable due from Tony Clement, President of the Debtor. | - | 1,125,324.58 |
| | | Empire Industries, Inc. (Credit Balance) | - | 990.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **2,644,106.79**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re     **Clement Support Services, Inc.**        ,     Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Dodge Ram truck** | - | **25,000.00** |
| | | **2007 Chevrolet C4500, 14' Stake with Liftgate** | - | **16,500.00** |
| | | **2013 Freightliner M2- 4x2 - truck, VIN #1FVACWDT9DHBX5705 (leased)** | - | **Unknown** |
| | | **2013 Freightliner M2, VIN #3ALACWDT1DDFD9942 leased)** | - | **Unknown** |
| | | **2010 Freightliner M2- 26000 GVW, vin #1fvacwdt5adap4521 (leased)** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

 

| | Sub-Total > | **41,500.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

In re    **Clement Support Services, Inc.** _____ ,    Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Network & Computer Equipment** | - | **40,000.00** |
| | | **Office equipment, furnishings and supplies (Campgbell and Sacramento)** | - | **15,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Shop equipment (Campbell and Sacramento)** | - | **48,000.00** |
| 30. Inventory. | | **Anchors** **Engnr-Fab** **Engnr-Seismic** **Fab Supports** **Faterners** **Hangers** **Hold Rite** **Re-Insul Comm.** **Seismic** **Strut Channel** **Strut Fittings** **Strut Specials** | - | **348,673.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 451,673.00 |
| (Total of this page) | |
| Total > | 3,186,164.85 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Clement Support Services, Inc.

Accounts Receivables

| cust_name | cust_cont | cust_addr1 | cust_addr2 | cust_addr3 | cust_city | cust_state | cust_zip | balance |
|---|---|---|---|---|---|---|---|---|
| ACCO ENGINEERED SYSTEMS | A/P | FILE #2553 | 6265 SAN FERNANDO RD. | | GLENDALE | CA | 91201-221 | -1747.92 |
| ACME MECHANICAL | A/P | P.O. BOX 22587 | | | SACRAMENTO | CA | 95822-058 | 4077.69 |
| ADVANCED PNEUMATIC TUBES, INC. | AMY PERKINS | 3150 PALISADES DRIVE | | | CORONA | CA | 92880 | 2243.31 |
| AGC, INC. | LAURA | 745-B CAMDEN AVENUE | | | CAMPBELL | CA | 95008 | 711.78 |
| AIR & LUBE SYSTEMS | A/P | 8353 DEMETRE AVENUE | | | SACRAMENTO | CA | 95828 | 33.71 |
| AIR SYSTEMS | BARBARA. A/P | 940 REMILLARD COURT | | | SAN JOSE | CA | 95122 | 10355.8 |
| AIR SYSTEMS OF SACRAMENTO | TAMMY CHAPMAN | 10381 OLD PLACERVILLE ROAD, SUI | | | SACRAMENTO | CA | 95827 | 77.9 |
| AIRCO MECHANICAL INC. | A/P | 8210 DEMETRE AVENUE | | | SACRAMENTO | CA | 95828 | 14173.13 |
| ALASKA MECHANICAL INCORPORATED | A/P | P. O. BOX 203649 | | | ANCHORAGE | AK | 99520-364 | 34374 |
| ALL CAL MECHANICAL | A/P | 22450 WILD PLUM COURT | | | COLFAX | CA | 95713 | 25.71 |
| ALL PHASE MECHANICAL INC. | A/P | 4334 RANCHO RD. | | | MARYSVILLE | CA | 95901 | 263.74 |
| AMERICAN CHILLER SERVICE | A/P | P.O. BOX 1887 | | | RANCHO CORDOVA | CA | 95741-188 | 1676.53 |
| AMERICAN INC | SANDY ARSENAULT | 1345 NORTH AMERICAN STREET | | | VISALIA | CA | 93291-946 | 6152.18 |
| ANDERSON PACIFIC | A/P | 1390 NORMAN AVENUE | | | SANTA CLARA | CA | 95054 | -105.45 |
| ANDERSON SIERRA PIPE | A/P | 825 NEVADA STREET | | | AUBURN | CA | 95603 | 2435.17 |
| ANDERSON SYSTEMS | A/P | 5958 CORTA STREET | | | GOLETA | CA | 93117 | 6145.66 |
| ARMSTRONG PLUMBING | MARCY FLOWERS | 2753 CROSBY WAY | | | SACRAMENTO | CA | 95815 | 65.93 |
| ASI INC. | A/P | 2130 EAST BRUNDAGE LANE | | | BAKERSFIELD | CA | 93307 | -38.24 |
| AUBURN CONSTRUCTORS | A/P | 730 WEST STADIUM LANE | | | SACRAMENTO | CA | 95834 | 651.68 |
| BAKER DISTRIBUTING CO. | A/P | PO BOX 2954 | | | JACKSONVILLE | FL | 32203 | 4292.92 |
| BAKERSFIELD PIPE & SUP. | A/P | P.O. BOX 639 | | | BAKERSFIELD | CA | 93302-063 | 118.1 |
| BAY CITY BOILER AND ENGINEERING CO., INC | ANITA | 23312 CABOT BLVD. | | | HAYWARD | CA | 94545 | 224.82 |
| BAY PLUMBING SUPPLY | KATE CARPENTER   A/P | 2776 SOQUEL AVENUE | | | SANTA CRUZ | CA | 95062 | 223 |
| BERGELECTRIC CORP. | A/P | 5650 W. CENTINELA AVE. | | | LOS ANGELES | CA | 90045 | -118.43 |
| BERGQUAM ENERGY | JIM BERGQUAM | 8611 FOLSOM BLVD. | | | SACRAMENTO | CA | 95826 | 110.28 |
| BERKELEY PLUMBING & HEATING CO. | AMBER A/P | 2160 DWIGHT WAY | | | BERKELEY | CA | 94704 | 1943.49 |
| BIOTHERM HYDRONIC INC. | | DBA TRUELEAF  TECHNOLOGY | 476 PRIMERO COURT | | COTATI | CA | 94931 | -1.77 |
| BLUM & SONS ELECTRIC INC. | A/P | 606 LINDEN AVE. | | | CARPINTERIA | CA | 93013 | 2716.86 |
| BOGLE VINEYARDS, INC. | KATHY VANINA    A/P | 49762 HAMILTON ROAD | | | CLARKSBURG | CA | 95612 | 938.45 |
| BONESO BROTHERS CONSTRUCT | A/P | 2758 CONCRETE COURT | | | PASO ROBLES | CA | 93446 | -1772.87 |
| BRADY AIR CONDITIONING | A/P | 338 N. CANAL STREET, #5 | | | S. SAN FRANCISCO | CA | 94080 | 1016.08 |
| BROADWAY MECHANICAL | VICKIE POLYZOS | 873 81ST AVENUE | | | OAKLAND | CA | 94621 | 9911.34 |
| BRYAN A. STIRRAT & ASSOC. (BAS) | A/P | 1360 VALLEY VISTA DRIVE | | | DIAMOND BAR | CA | 91765 | 5315.92 |
| BUTTES PIPE & SUPPLY | A/P | c/o HAJOCA CORPORATION | P.O. BOX 842912 | | BOSON | MA | 02284-291 | 602.9 |
| CA COMFORT SYSTEMS USA | A/P | ATTN:  A/P | 7740 KENAMAR CT. | | SAN DIEGO | CA | 92121-242 | -820.5 |
| CAL STEAM SUPPLY-DUBLIN | A/P | PO BOX 9285 | | | HAMPTON | VA | 23670 | 2109.03 |
| CALERA CORPORATION | A/P | 485 ALBERTO WY - SUITE 210 | | | LOS GATOS | CA | 95032 | 552.61 |
| CALIFORNIA HYDRONICS CORP | AP | ACCOUNTS PAYABLE | P.O. BOX 5049 | | HAYWARD | CA | 94540-504 | 27.39 |
| CAL-STEAM SUPPLY | SHELLY BOWEN | PO BOX 9285 | | | HAMPTON | VA | 23670 | 249.5 |
| CAL-STEAM SUPPLY | A/P | PO BOX 9285 | | | HAMPTON | VA | 23670 | 186.19 |
| CASCADE POOLS | DON FREEMAN | 9761 COLONY ROAD | | | WILTON | CA | 95693 | 95.69 |
| CAVOTEC INET US INC. | AP | 5665 CORPORATE AVENUE | | | CYPRESS | CA | 90630 | 256.66 |
| CED - ROSEVILLE | A/P | 503 GIUSEPPE COURT # 1 | | | ROSEVILLE | CA | 95678 | 92 |
| CED - SACRAMENTO | A/P | 1800 24TH STREET | | | SACRAMENTO | CA | 95816 | 18 |
| CENTRAL BUILDERS | A/P | 1637 FILLMORE ST. | | | SAN FRANCISCO | CA | 94115 | 710.2 |
| CHAMPION INDUSTRIAL CONTR | CHRISTINE | P.O. BOX 4399 | | | MODESTO | CA | 95350 | 213.21 |
| CITY MECHANICAL, INC. | A/P | 724 ALFRED NOBEL DR. | | | HERCULES | CA | 94547 | 396.48 |
| CITY OF SACRAMENTO | A/P | DEPARTMENT OF UTILITIES | 1391 35TH AVENUE | | SACRAMENTO | CA | 95822 | 1080.66 |
| CITY PLUMBING INC. | A/P | 8630 CLETA ST. | | | DOWNEY | CA | 90241 | -21.82 |
| COBABE BROTHERS PLUMBING | JILL COREY | 2538 MERCANTILE DR. SUITE D | | | RANCHO CORDOVA | CA | 95742 | 395.65 |
| COLUMBIA SPECIALTY CO., INC. | A/P | 5875 OBISPO AVENUE | | | LONG BEACH | CA | 90805 | 132.77 |
| COLUMBIA SPECIALTY CO., INC. | STACEY | 9189  JACKSON ROAD | | | SACRAMENTO | CA | 95826 | 377.02 |
| COLUMBIA SPECIALTY COMPANY | A/P | 1100 MABURY RD. | | | SAN JOSE | CA | 95133 | 1270.5 |

| Name | Contact | Address | Address2 | Address3 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| COMFORT CONTROL | | 263 EAST MARKET STREET | | | SALINAS | CA | 93901 | 148.24 |
| CONTROL AIR CONDITIONING | A/P | 5200 E. LA PALMA AVENUE | | | ANAHEIM | CA | 92807 | 3358.54 |
| CONTROL SOLUTIONS, INC. | A/P | P.O. BOX 2264 | | | LOOMIS | CA | 95650 | 102.42 |
| COOPER CONTROLS, INC. | A/P | 12782 N. HWY 88 | | | LODI | CA | 95240 | 68.64 |
| COSCO FIRE PROTECTION | A/P | 7455  LONGARD RD. | | | LIVERMORE | CA | 94551-900 | 636.9 |
| COUTS HTG & COOLING | A/P | 1693 RIMPAU AVE. | | | CORONA | CA | 92881-332 | 8912.17 |
| CRITCHFIELD MECHANICAL | LEO | 1901 JUNCTION AVE | | | SAN JOSE | CA | 95131 | 59100.27 |
| CRITCHFIELD MECHANICAL INC. - SO CAL | AP | 1821 MCGAW AVENUE | | | IRVINE | CA | 92614 | 3814.78 |
| CSS FABRICATION, INC. | A/P | 480 VANDELL WAY | | | CAMPBELL | CA | 95008 | 54618.55 |
| CUPERTINO ELECTRIC - SJ | A/P | ACCOUNTS PAYABLE | 1132 N. 7TH ST. | | SAN JOSE | CA | 95112 | 14929.3 |
| D & D SUPPLY | A/P | P.O. BOX 368 | | | RANCHO CORDOVA | CA | 95741-036 | 616.81 |
| D.W. NICHOLSON CORP. | DIANE HENTON. | P.O. BOX 4179 | | | HAYWARD | CA | 94540-419 | 72.5 |
| DAHL AIR CONDITIONING, INC. | A/P | P.O. BOX 8058 | | | GOLETA | CA | 93117 | 2871.26 |
| DALEY'S DRYWALL | A/P | 960 CAMDEN AVENUE | | | CAMPBELL | CA | 95008 | 839.35 |
| DDK MECHANICAL, INC. | KAREN STRAITS. | 5761 FLORIN-PERKINS ROAD | SUITE 9 | | SACRAMENTO | CA | 95828 | 201.08 |
| DE BELLA MECHANICAL | CRIS. | 605 NUTTMAN STREET | | | SANTA CLARA | CA | 95054 | 44.65 |
| DESERT MECHANICAL INC. | ALMA MONDRAGON | 15870 OLDEN STREET | | | SYLMAR | CA | 91342 | 4670.57 |
| DESIGN ELECTRICAL & GENERAL CONTRACTORS | A/P | 1770 INDUSTRIAL DRIVE | | | AUBURN | CA | 95603 | 239.86 |
| DIVISION 5-15 | A/P | 2381 GOLD RIVER RD.  STE. B | | | GOLD RIVER | CA | 95670 | 1286.2 |
| DLI MECHANICAL, INC. | A/P | GOOD SAMARITAN JOB | 944 TERMINAL WAY | | SAN CARLOS | CA | 94070 | 175.02 |
| DON BRANDEL PLUMBING INC. | SHARON | 15100 TEXACO AVENUE | | | PARAMOUNT | CA | 90723 | 2906 |
| E. MITCHELL, INC. | A/P | 1580 INDIANA STREET | | | SAN FRANCISCO | CA | 94107 | 3699.2 |
| ELITE POWER | A/P - DIANE | 6530 ASHER LANE | | | SACRAMENTO | CA | 95828 | 188.51 |
| ENVIRONMENTAL SYSTEMS | Lisa | 3353 DE LA CRUZ BLVD. | | | SANTA CLARA | CA | 95054-260 | 498.74 |
| ETC BUILDING AND DESIGN INC. | A/P | 6805 NANCY RIDGE DRIVE | | | SAN DIEGO | CA | 92121 | 2901.76 |
| F.W. SPENCER | A/P | 99 SOUTH HILL DRIVE | | | BRISBANE | CA | 94005-121 | 44481.31 |
| FASTENAL COMPANY | LAURIE | P.O. BOX 978 | | | WINONA | MN | 55987 | -3402 |
| FERGUSON ENTERPRISES INC | A/P | FERGUSON ENTERPRISES #0695 | WSAC - ACCTS. PAYABLE | P.O. BOX 9285 | HAMPTON | VA | 23670-028 | 34114.64 |
| FOOTHILL A/C & HEATING | A/P | 17419 FARLEY ROAD | | | LOS GATOS | CA | 95030 | 1095.84 |
| FRANK M. BOOTH | A/P | PO BOX 5 | | | MARYSVILLE | CA | 95901 | 73.64 |
| FRESNO PIPE & SUPPLY | A/P | P.O. BOX 276O | | | FRESNO | CA | 93745 | 600.48 |
| G&C EQUIPMENT CORP. | DEANNE ARNOLD | P.O. BOX 5419 | | | GARDENA | CA | 90249 | -17099.25 |
| G&S ELECTRIC | | 3950 TODD ROAD | | | AUBURN | CA | 95602 | 299.34 |
| GENERAL PLUMBING SUPPLY | A/P | 6085 BRENTWOOD BLVD. | | | BRENTWOOD | CA | 94513 | 1422 |
| GEORGE H. WILSON, INC. | A/P | P.O. BOX 1140 | | | SANTA CRUZ | CA | 95061-114 | 1214.2 |
| GERBER CONSTRUCTION, INC. | A/P | 815 EAST 675 SOUTH | | | LEHI | UT | 84043 | -201.05 |
| GFI STAINLESS | A/P | P.O. BOX 576690 | | | MODESTO | CA | 95357-669 | 113.14 |
| GOODWIN-COLE COMPANY | Debbie A/P | 8320 BELVEDERE AVENUE | | | SACRAMENTO | CA | 95826-590 | 369.3 |
| GRANITE CONSTRUCTION COMPANY | AP | 1324 S. STATE STREET | | | UKIAH | CA | 95482 | -136.13 |
| H.L. MOE CO., INC. | MARTHA OR SUE A/P | 526 COMMERCIAL STREET | | | GLENDALE | CA | 91203 | 2355.53 |
| HARDER MECHANICAL CONTRACTORS, INC. | BECKY WIDMARK | P.O. BOX 5118 | | | PORTLAND | OR | 97208 | 33.03 |
| HAYWARD PIPE & SUPPLY | A/P | 3218 DIABLO AVE. | | | HAYWARD | CA | 94545 | 46.9 |
| HD SUPPLY INC. | A/P | P.O. BOX 4955 | | | ORLANDO | FL | 32802-495 | 343.07 |
| HD SUPPLY WATERWORKS - HD SUPPLY FIRE | A/P | P.O. BOX 28446 | | | ST. LOUIS | MO | 63146 | 751.94 |
| HEIECK SUPPLY-SAC | A/P | C/O HAJOCA CORPORATION | P.O. BOX 842912 | | BOSTON | MA | 02284-291 | 197.6 |
| HENDERSON MECHANICAL SYSTEMS | NICOLE A/P | 15151 PRAIRIE AVE. | | | LAWNDALE | CA | 90260 | 134.97 |
| HICKMAN MECHANICAL,INC. | A/P | 11930 GOLDRING ROAD | | | ARCADIA | CA | 91006 | 25304.83 |
| ICOM MECHANICAL | A/P | 477 BURKE ST. | | | SAN JOSE | CA | 95112 | 3325.74 |
| INDOOR ENVIRONMENTAL | A/P | 1512 SILICA AVENUE | | | SACRAMENTO | CA | 95815 | 305.47 |
| INNOVATIVE MECHANICAL | A/P | 80 TANFORAN AVE. #7 | | | S.SAN FRANCISCO | CA | 94080 | 712.3 |
| INTECH MECHANICAL | A/P | 7501 GALILEE ROAD | | | ROSEVILLE | CA | 95678 | 1389.53 |
| INTERPIPE CONTRACTING, INC. | MARY SMITH | 10870 HARTLEY ROAD | | | SANTEE | CA | 92071 | -1173.69 |
| INTERVAL EQUIPMENT SOLUTIONS, INC. | A/P | 14161 ELSWORTH ST., SUITE B | | | MORENO VALLEY | CA | 92553 | 525.35 |
| IRON MECHANICAL, INC. | KATHARINE GELBER | A/721 N. "B" STREET, SUITE 100 | | | SACRAMENTO | CA | 95811 | 338.57 |
| J.W. McCLENAHAN | DEBI CARTER    A/P | 2301 PALM AVENUE | | | SAN MATEO | CA | 94403-181 | 32462.8 |

| Company | Contact | Address | Address 2 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|
| J.W. MCCLENAHAN-SAC | SONIA A/P | 8540 YOUNGER CREEK DR.#1 | | SACRAMENTO | CA | 95828 | 1713.12 |
| J.W. WOOD | A/P | P.O. BOX 991600 | ACCOUNTS PAYABLE DEPT. | REDDING | CA | 96099 | 115.59 |
| JAMES LONG CONSTRUCTION | A/P | P.O. BOX 189517 | | SACRAMENTO | CA | 95818 | 4438.6 |
| JESMAR MECHANICAL | A/P | 2523 AMARAL CT. | | HAYWARD | CA | 94544 | -398.23 |
| JOHNSON MECHANICAL CONTRACTORS | A/P | 1970 FIFTH STREET, SUITE B | SUITE B | DAVIS | CA | 95616 | 395.5 |
| KEENAN SUPPLY | A/P | c/o HAJOCA CORPORATION | P.O. BOX 842912 | BOSTON | MA | 02284-291 | 81.64 |
| KEENAN SUPPLY-SAN BERNARDINO | A/P | c/o HAJOCA CORPORATION | P.O. BOX 842912 | BOSTON | MA | 02284-291 | 29.9 |
| KIHO USA, INC. | A/P | 1118 W. 135th | | GARDENA | CA | 90247 | -489.96 |
| KINETICS | A/P | 48400 FREMONT BLVD. | | FREMONT | CA | 94538 | 2540.56 |
| KORTICK MFG. CO. | A/P | 2230 DAVIS COURT | | HAYWARD | CA | 94545 | 3101.09 |
| LARRATT BROTHERS | SEAN SPRINGS | 338 N. CANAL ST. #21 | | S SAN FRANCISCO | CA | 94080 | 3078.41 |
| LAWSON MECHANICAL CONTR. | A/P | P.O. BOX 15224 | 6090 S. WATT AVE. | SACRAMENTO | CA | 95829 | 66743.88 |
| LEED MECHANICAL | CAROL CRAGG | 11300 TRADE CENTER DRIVE, SUITE | | RANCHO CORDOVA | CA | 95742 | 215.18 |
| LESCURE CO. | AP | P.O. BOX 968 | | LAFAYETTE | CA | 94549 | 2697.64 |
| LIMBACH COMPANY LP | A/P ANA | 12442 KNOTT STREET | | GARDEN GROVE | CA | 92841 | 15135.17 |
| LOVAZZANO MECHANICAL INC. | A/P | 189 CONSTITUTION DRIVE | | MENLO PARK | CA | 94025 | 115.1 |
| LUPPEN & HAWLEY | A/P | 7400 14TH AVENUE | | SACRAMENTO | CA | 95820 | -26.62 |
| LVH ELECTRIC, INC. | A/P | 1600 MAXWELL DRIVE, SUITE 5 | | HUDSON | WI | 54016 | 447.57 |
| M.W. SAUSSE & CO. INC. | A/P | 28744 WITHERSPOON PARKWAY | | VALENCIA | CA | 91355-542 | 333.27 |
| MARELICH MECHANICAL | A/P MARY DHARMADI | 24041 AMADOR STREET | | HAYWARD | CA | 94544-120 | 124925.08 |
| MATRIX HG, INC. | A/P | 115 MASON CIRCLE | SUITE B | CONCORD | CA | 94520 | 161.1 |
| METALFAB | A/P | 1650 GRANT ST. | | SANTA CLARA | CA | 95050 | -34.5 |
| METRO MECHANICAL | A/P | 3728 CHARTER PARK DRIVE | SUITE A | SAN JOSE | CA | 95137 | 442.85 |
| MILLCON, INC | A/P | PO BOX 1132 | | LIBERTY HILL | TX | 78642 | 637.2 |
| MODESTO WINDUSTRIAL | A/P | P.O. BOX 1127 | | DAYTON | OH | 45401-112 | 387.62 |
| MONONA PLUMBING AND FIRE PROTECTION, INC | BROOKE LAWSON | 3126 WATFORD WAY | | MADISON | WI | 53713 | 1070 |
| MORROW-MEADOWS CORPORATION | A/P | 231 BENTON COURT | | CITY OF INDUSTRY | CA | 91789 | 4016 |
| MTM CONSTRUCTION, INC. | A/P | 16035 PHOENIX DRIVE | | CITY OF INDUSTRY | CA | 91745 | 35352.94 |
| MURRAY COMPANY | A/P | 18414 SOUTH SANTA FE AVENUE | | RANCHO DOMINGUEZ | CA | 90221 | 5988.04 |
| MUSSON THEATRICAL | A/P | 890 WALSH AVE. | | SANTA CLARA | CA | 95050-262 | 97.85 |
| MYERS AND SONS CONSTRUCTION | A/P | 4600 NORTHGATE BLVD. SUITE 100 | | SACRAMENTO | CA | 95834 | 678.57 |
| NEXT LEVEL WAREHOUSE SOLUTIONS, INC | A/P | 555 DISPLAY WAY | | SACRAMENTO | CA | 95838 | 200 |
| O.C. McDONALD CO. INC. | A/P | P.O. BOX 26560 | | SAN JOSE | CA | 95159 | 281.8 |
| ONESOURCE DISTRIBUTORS, LLC | A/P | 3951 OCEANIC DR. | | OCEANSIDE | CA | 92056 | -3478.02 |
| OVERAA CONSTRUCTION | A/P | 200 PARR BLVD. | | RICHMOND | CA | 94801 | 25118.34 |
| PACIFIC INFRASTRUCTURE | KRISTAL SMITH | 435 BOULDER COURT, SUITE 200 | | PLEASANTON | CA | 94566 | 680.4 |
| PAINTER PLUMBING | A/P | 4736 ISABELLA AVE. | | FAIR OAKS | CA | 95628 | 1010.08 |
| PAN PACIFIC PLBG. & MECH. | MICHELLE CHUNG   A/P | 18250 EUCLID STREET | | FOUNTAIN VALLEY | CA | 92708-611 | 152486.7 |
| PERRYMAN MECHANICAL | JUANITA. | P.O. BOX 405 | | W. SACRAMENTO | CA | 95691 | 1080.73 |
| PITTSBURG WINSUPPLY | A/P | P.O. BOX 1127 | | DAYTON | OH | 45401-112 | 253.91 |
| POWER ENGINEERING CONSTRUCTION CO. | HEATHER PERRY | 1501 VIKING STREET - SUITE 200 | | ALAMEDA | CA | 94501 | 11019.16 |
| PPC AIR CONDITIONING, INC. | A/P | 5950 LAKESHORE DRIVE | | CYPRESS | CA | 90630 | -5986.47 |
| PRESIDENTIAL FIRE PROTECTION | SANDY MORO | 4517 HARLIN DR. | | SACRAMENTO | CA | 95826 | 12.48 |
| PRESTON PIPELINES, INC. | A/P | 133 BOTHELO AVE. | | MILPITAS | CA | 95035 | 109.42 |
| PRIBUSS ENGINEERING | A/P | 523 MAYFAIR AVENUE | | S.SAN FRANCISCO | CA | 94080 | 730.68 |
| PROCESS CONSTRUCTION | CINDY A/P | P.O. BOX 1119 | | EMPIRE | CA | 95319 | 187.37 |
| PRO-CRAFT PLUMBING COMPANY, INC, | A/P SUSAN | 31597 OUTER HWY 10 SOUTH | SUITE B | REDLANDS | CA | 92373 | 7896.01 |
| R & B COMPANY | A/P | 605 COMMERICAL STREET | | SAN JOSE | CA | 95112 | 1847.38 |
| R & J WHOLESALE | A/P | 2590 MERCANTILE DR. STE. A | | RANCHO CORDOVA | CA | 95742 | 261.5 |
| R & S SUPPLY COMPANY | A/P | 91 SHEEHY CT | | NAPA | CA | 94558 | 787.6 |
| R.A. MECHANICAL, INC. | A/P | 11325 SUNRISE GOLD CIRCLE, STE A | | RANCHO CORDOVA | CA | 95742 | 630.17 |
| RAGINGWIRE ENTERPRISE SOLUTIONS, INC. | A/P | P.O. BOX 348060 | | SACRAMENTO | CA | 95834-806 | 24.07 |
| RAY HELLWIG PLBG. & HTG. | NANCY LOWE | 1301 LAURELWOOD RD. | | SANTA CLARA | CA | 95054 | 1088.82 |
| RED TOP ELECTRIC CO. | A/P | 6751 SOUTHFRONT ROAD | | LIVERMORE | CA | 94551 | 20819.47 |

| Company | Contact | Address | Address 2 | | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| REED MECHANICAL SYSTEMS, INC. | A/P | 8376 EDISON DR. | | | VENTURA | CA | 93001 | 274.62 |
| REGENCY MECHANICAL | DAN PITCHER. | 7305 32ND STREET | | | N. HIGHLANDS | CA | 95660 | 3117.77 |
| RELIANCE ENGINEERING INC. | PAULA RADOFF | PO BOX 882103 | | | SAN FRANCISCO | CA | 94188 | 733.08 |
| RESCUE AIR SYSTEMS, INC. | A/P | 751 LAUREL ST. # 416 | | | SAN CARLOS | CA | 94070 | 161.01 |
| RETECH | ROBIN ap@retechonline.c | 11375 SUNRISE PARK DRIVE, SUITE | | | RANCHO CORDOVA | CA | 95742 | 22.2 |
| ROCKLIN WINDUSTRIAL CO. | A/P | P.O. BOX 1127 | | | DAYTON | OH | 45401-112 | 1336.77 |
| ROSENDIN ELECTRIC | A/P | ATTN: ACCOUNTS PAYABLE | P.O. BOX 49070 | | SAN JOSE | CA | 95161-907 | 7530.35 |
| ROSENDIN ELECTRIC - SO. CAL | | ATTN: ACCOUNTS PAYABLE | P.O. BOX 49070 | | SAN JOSE | CA | 95161-907 | 2250 |
| RUSSELL MECHANICAL | A/P | 3251 MONIER CIRCLE | | | RANCHO CORDOVA | CA | 95742 | 59.79 |
| SAC VALLEY ELECTRIC, INC. | A/P | 24 BLUE SKY COURT, SUITE A | | | SACRAMENTO | CA | 95828 | 690.38 |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT | WADE | 5735 47TH AVENUE | | | SACRAMENTO | CA | 95824 | 1273.62 |
| SACRAMENTO WINDUSTRIAL | A/P | P.O. BOX 1127 | | | DAYTON | OH | 45401-112 | 2141 |
| SAN JOAQUIN ELECTRIC, INC. | A/P | P.O. BOX 30068 | | | STOCKTON | CA | 95213 | 1072.64 |
| SAN JOSE BOILER WORKS | A/P | 1585 SCHALLENBERGER RD | | | SAN JOSE | CA | 95131 | 316.97 |
| SHAWN MILLER ELECTRIC | A/P | 15232 PATTON RD. | | | PLYMOUTH | CA | 95669 | 25 |
| SHELDON MECHANICAL CORP.-Don't sell | A/P | 26015 AVENUE HALL-Don't sell | -Don't sell | -Don't sell | SANTA CLARITA | CA | 91355 | 11520 |
| SHEPHARD MECHANICAL | A/P | PO BOX 276629 | | | SACRAMENTO | CA | 95827 | 256.85 |
| SIERRA COMMERCIAL PLUMBING, INC. | MARC SPANGLE | 663 E. COCHRAN STREET | | | SIMI VALLEY | CA | 93065 | 3218.9 |
| SIERRA NEVADA BREWING CO. | ANA . | 1075 E 20th ST | | | CHICO | CA | 95928 | 47.06 |
| SIGILLO SUPPLY | A/P | 1623 YOSEMITE AVE. | | | SAN FRANCISCO | CA | 94124 | 261.8 |
| SLAKEY BROTHERS | A/P | P.O. BOX 15647 | | | SACRAMENTO | CA | 95852 | 620.5 |
| SMARDAN SUPPLY CO. | MARY | 14009 HALLDALE AVE. | | | GARDENA | CA | 90249 | 243.39 |
| SMITH ELECTRIC SERVICE | LONY C.  A/P | 1340 W. BETTERAVIA RD. | | | SANTA MARIA | CA | 93455-103 | 22801.32 |
| SOUTH BAY CONSTRUCTION | | 1711 DELL AVE. | | | CAMPBELL | CA | 95008 | 371.59 |
| SOUTHLAND INDUSTRIES | A/P | 11721 183RD STREET | PO BOX 6070 | | ARTESIA | CA | 90702 | 11186.75 |
| SOUTHLAND-GARDEN GROVE | JANA HAMILTON. | 7421 ORANGEWOOD AVE. | | | GARDEN GROVE | CA | 92841 | 35014.1 |
| SPRIG ELECTRIC | AP | 1860 SOUTH 10TH STREET | | | SAN JOSE | CA | 95112-410 | 1227 |
| STOCKTON PIPE | SALES | P.O. BOX 2760 | | | FRESNO | CA | 93745 | 495.55 |
| SUNNYVALE WINDUSTRIAL | A/P | P.O. BOX 1127 | | | DAYTON | OH | 45401-112 | -395.37 |
| SUPERIOR AUTO. SPRINKLER | A/P | 308 SANGO CT. | | | MILPITAS | CA | 95035 | 6296.45 |
| SUPERIOR PIPE & STAINLESS | A/P | 2380 E. DATE AVENUE | | | FRESNO | CA | 93706 | 298.48 |
| SYBLON-REID CO. | A/P | P.O. BOX 100 | | | FOLSOM | CA | 95763 | 103.25 |
| TAFT ELECTRIC COMPANY | SERA KHOUVILAY | P.O. BOX 3416 | | | VENTURA | CA | 93006 | 7550.43 |
| THERMA, INC. | A/P | 1601 LAS PLUMAS AVENUE | | | SAN JOSE | CA | 95133-161 | 76681.5 |
| THERMAL MECHANICAL, INC. | MELLISSA LAWRENCE. | P.O. BOX 4730 | | | SANTA CLARA | CA | 95056-473 | 296.34 |
| TIC - THE INDUSTRIAL COMPANY | A/P | P.O. BOX 45025 | | | OMAHA | NE | 68145-002 | -238.29 |
| TORK SYSTEMS | A/P | 3330 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 | 820.86 |
| TRICON CONSTRUCTION, INC. | A/P | 11419 SUNRISE GOLD CIRCLE | SUITE # 6 | | RANCHO CORDOVA | CA | 95742 | 411.48 |
| UNITED MECHANICAL, INC. | REBECCA ESTRADA | 2161 OAKLAND ROAD | | | SAN JOSE | CA | 95131-157 | 3129.88 |
| VALLEY VALVES & PUMPS | STEVE SOLIS | 820 PARK ROW #543 | | | SALINAS | CA | 93901 | -91.61 |
| V-POWER EQUIPMENT INC. | KARLA UJIFUSA | 4201 WEST CAPITOL AVE. | | | WEST SACRAMENTO | CA | 95691 | 294.5 |
| W&R INDUSTRIAL PRODUCTS | A/P | 1870 ARNOLD INDUSTRIAL PL | SUITE 1065 | | CONCORD | CA | 94520-534 | 1262.09 |
| W.L. HICKEY SONS | DEBORAH LOPEZ | P.O. BOX 61209 | | | SUNNYVALE | CA | 94088-120 | 43110.07 |
| W.V. ALTON, INC. | A/P Patty | P.O. BOX 129 | | | MARYSVILLE | CA | 95901 | 19.24 |
| WATER COMPONENTS AND | A/P | BUILDING SUPPLY | P.O. BOX 10007 | | SAN RAFAEL | CA | 94912 | 58.83 |
| WATERWORLD CALIFORNIA | MARY KAY REEDER | 1950 WATERWORLD PARKWAY | | | CONCORD | CA | 94520 | 420.65 |
| WEST CPM, INC | GALE LADDA | 1754 LAGUNA DRIVE | | | VISTA | CA | 92084 | 1195.56 |
| WESTERN  WATER WORKS SUPPLY CO. | BOBBI NEIL | 5831 PINE AVE. | | | CHINO HILLS | CA | 91709 | -647 |
| WESTERN NEVADA SUPPLY CO. | A/P | P.O. BOX 1576 | | | SPARKS | NV | 89432 | 1060.24 |
| WESTERN WATER FEATURES | BARB HAMILTON. | 5088 HILLSDALE CIRCLE | | | EL DORADO HILLS | CA | 95762 | 23.63 |
| WEST-TECH MECHANICAL, INC. | VICKY VASQUEZ   A/P | 5589 BROOKS STREET | | | MONTCLAIR | CA | 91763 | 396.41 |
| WHCI PLUMBING SUPPLY CO. | A/P | PO BOX 256 | | | UNION CITY | CA | 94587-025 | 940 |
| WHITE CAP INDUSTRIES | A/P | P.O. BOX 4955 | | | ORLANDO | FL | 32802 | 11797.82 |
| WHITE WATER PLUMBING | A/P | 512 LEMAY WAY | | | ANTIOCH | CA | 94509 | 950.2 |
| WHITE WATER PLUMBING, INC. | A/P | 150 FORD WAY, SUITE 100 A | | | NOVATO | CA | 94945 | 174.55 |
| WOODLAND WINDUSTRIAL | A/P | P.O. BOX 1127 | | | DAYTON | OH | 45401-112 | 32.11 |
| ZAMAR SOUND | A/P | 138 MARTINVALE LANE | | | SAN JOSE | CA | 95119 | 136.29 |

|  |  |  |  |  |  |  |  | 1166725.72 |
|--|--|--|--|--|--|--|--|-----------|

In re **Clement Support Services, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ally Financial**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290-1948** | | - | **2010 Dodge Ram truck**<br><br><br>Value $ **25,000.00** | | | | **778.89** | **0.00** |
| Account No.<br><br>**AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** | X | - | **08/2013**<br><br>**Secured Line of Credit**<br><br>**Blanket lien on all assets.**<br><br>Value $ **Unknown** | | | | **1,389,201.72** | **Unknown** |
| Account No.<br><br>**AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** | X | - | **7/2014**<br><br>**Secured Term Loan II**<br><br>**Blanket lien on all assets.**<br><br>Value $ **Unknown** | | | | **500,000.00** | **Unknown** |
| Account No.<br><br>**AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** | X | - | **08/2013**<br><br>**Secured Term Loan**<br><br>**Blanket lien on all assets.**<br><br>Value $ **Unknown** | | | | **1,604,166.65** | **Unknown** |

| | | |
|---|---|---|
| **_2_** continuation sheets attached | Subtotal<br>(Total of this page) | **3,494,147.26** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Clement Support Services, Inc.** ,                    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bridge Bank**<br>**55 Almaden Blvd.**<br>**San Jose, CA 95113** | - | | 5/11/2010<br>**UCC's recorded**<br>**This debt has been paid in full but the UCC's that were recorded were not released.**<br>Value $ **0.00** | | | | 0.00 | 0.00 |
| Account No.<br>**Bridge Bank**<br>**Stephen J. Kottmeier**<br>**Hopkins & Carley**<br>**70 S. First Street**<br>**San Jose, CA 95113-2406** | | | **Representing:**<br>**Bridge Bank**<br>Value $ | | | | **Notice Only** | |
| Account No.<br>**DELL FINANCIAL SERVICES**<br>**PAYMENT PROCESSING CENTER**<br>**P.O. BOX 5292**<br>**CAROL STREAM, IL 60197-5292** | | | 8/20/13<br>**Equipment Finance**<br>**Network & Computer Equipment**<br>Value $ **40,000.00** | | | | 17,632.02 | 0.00 |
| Account No.<br>**MECHANICS BANK**<br>**P.O. BOX 4000**<br>**RICHMOND, CA 94804-0400** | - | | 09/2012<br>**Auto Finance**<br>**2007 Chevrolet C4500, 14' Stake with Liftgate**<br>Value $ **16,500.00** | | | | 15,055.00 | 0.00 |
| Account No.<br>**Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | - | | **Leased vehicle**<br>**2013 Freightliner M2- 4x2 - truck, VIN #1FVACWDT9DHBX5705 (leased)**<br>Value $ **Unknown** | | | | 52,766.00 | **Unknown** |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **85,453.02** | **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Clement Support Services, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Leased truck | | | | | |
| Penske Truck Leasing Co. P.O. Box 7429 Pasadena, CA 91110-7429 | - | | | | 2013 Freightliner M2, VIN #3ALACWDT1DDFD9942 leased) | | | | | |
| | | | | | Value $ **Unknown** | | | | **56,174.00** | **Unknown** |
| Account No. | | | | | Leased truck | | | | | |
| Penske Truck Leasing Co. P.O. Box 7429 Pasadena, CA 91110-7429 | - | | | | 2010 Freightliner M2- 26000 GVW, vin #1fvacwdt5adap4521 (leased) | | | | | |
| | | | | | Value $ **Unknown** | | | | **25,790.00** | **Unknown** |
| Account No. | | | | | 9/30/11 | | | | | |
| US Bancorp Equipment Finance P. O. Box 230789 Portland, OR 97281 | - | | | | UCC filing Roundo Hydraulic and Lemas Hydraulic equipment | | | | | |
| | | | | | Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 12/17/08 | | | | | |
| WTAF, LLC 420 Murray Hill New Providence, NJ 07974 | - | | | | UCC filing Computer, printing, imaging, copying, scanning, projection and storage equipment. | | | | | |
| | | | | | Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **81,964.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **3,661,564.28** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Clement Support Services, Inc.**          Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re __Clement Support Services, Inc._____,     Case No. _____

                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| **Franchise Tax Board (Bankruptcy Code section 505 Requests) P. O. Box 1673 Sacramento, CA 95812** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| **Internal Revenue Service Special Procedures PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Sales Taxes | | | | | | |
| **State Board of Equalization P. O. Box 942879 Sacramento, CA 94279-0001** | - | | | | | | 12,707.00 | 0.00 | 12,707.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 12,707.00    12,707.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 12,707.00    12,707.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade Debt | | | | |
| 76 Fleet P.O. Box 6293 Carol Stream, IL 60197-6293 | | | | | | | | | 78.00 |
| Account No. | | | - | | Trade Debt | | | | |
| A. Palma Engineering PO Box 1075 Pleasanton, CA 94566 | | | | | | | | | 33,845.00 |
| Account No. | | | - | | Trade Debt | | | | |
| AB Threading, Inc. 12920 Sunnyside Place Santa Fe Springs, CA 90670 | | | | | | | | | 2,043.35 |
| Account No. | | | - | | Trade Debt | | | | |
| ACME Construction 330 SE Salmon Street Portland, OR 97214 | | | | | | | | | 256,839.55 |
| | | | | | Subtotal (Total of this page) | | | | 292,805.90 |

__24__  continuation sheets attached

In re **Clement Support Services, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Alcocad-Nickel Plating Corp. 1400 Long Beach Avenue Los Angeles, CA 90021 | | - | | | | | | 2,789.56 |
| Account No. | | | | 10/2006 Trade Debt | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | | - | | | | | | 2,039.29 |
| Account No. | | | | 6/2001 Trade Debt | | | | |
| Amerigas - Gardena P.O. Box 7155 Pasadena, CA 91109-7155 | | - | | | | | | 72.00 |
| Account No. | | | | Trade Debt | | | | |
| Amerigas - San Jose 1155 N. 15th Street San Jose, CA 95112 | | - | | | | | | 242.99 |
| Account No. | | | | 5/2013 Trade Debt | | | | |
| Anago of the Bay Area 1460 Koll Circle, Suite B San Jose, CA 95112 | | - | | | | | | 3,580.00 |

| | |
|---|---|
| Sheet no. __1__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 8,723.84 |

In re  **Clement Support Services, Inc.**                                   ,        Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| Atlas Galvanizing LLC 2639 Leonis Blvd. Vernon, CA 90058 | - | | | | | | | 707.75 |
| Account No. | | | | Trade Debt | | | | |
| Axion Software, Ltd. 115 Stevens Avenue #320 Valhalla, NY 10595 | - | | | | | | | 7,500.00 |
| Account No. | | | | Trade Debt | | | | |
| Bay Standard Mfg., Inc. P.O. Box 801 Brentwood, CA 94513-0801 | - | | | | | | | 25,447.51 |
| Account No. | | | | Trade Debt | | | | |
| Cable Moore, Inc. 4700 Coliseum Way Oakland, CA 94601 | - | | | | | | | 950.88 |
| Account No. | | | | Trade Debt | | | | |
| California Chamber of Commerce P.O. Box 526020 Sacramento, CA 95852-6020 | - | | | | | | | 149.51 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **34,755.65**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Clement Support Services, Inc.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| California Dynamics Corp. 5572 Alhambra Avenue Los Angeles, CA 90032-3106 | - | | | | | | 19,463.56 |
| Account No. | | | Trade Debt | | | | |
| California Pumbing & Mech. Contractors 1047 Whipple Avenue Redwood City, CA 94062 | - | | | | | | 500.00 |
| Account No. | | | Trade Debt | | | | |
| Calsteam 604 Price Avenue Redwood City, CA 94063 | - | | | | | | 1,714.69 |
| Account No. | | | Trade Debt (Repairs and Maintenance of Copiers) | | | | |
| Canon Business Solutions 300 Commerce Square Blvd. Burlington, NJ 08016 | - | | | | | | 1,643.43 |
| Account No. | | | Trade Debt | | | | |
| Caplugs 2150 Elmwood Ave. Buffalo, NY 14207 | - | | | | | | 436.98 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **23,758.66**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  **Clement Support Services, Inc.**                                      ,     Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Lease of copiers for Campbell and La Mirada locations.) | | | | |
| **CBS-Newcall, Inc.** **P.O. Box 41602** **Philadelphia, PA 19101-1602** | - | | | | | | 1,037.53 |
| Account No. | | | Trade Debt (Seattle Phones) | | | | |
| **CenturyLink** **P. O. Box 91155** **Seattle, WA 98111-9255** | - | | | | | | 55.43 |
| Account No. | | | Trade Debt | | | | |
| **Ceridian** **P.O. Box 10989** **Newark, NJ 07193** | - | | | | | | 119.18 |
| Account No. | | | Trade Debt (Lease of copier for Sacramento location.) | | | | |
| **CIT Technology Financial Services** **P.O. Box 100706** **Pasadena, CA 91189-0706** | - | | | | | | 185.87 |
| Account No. | | | Trade Debt | | | | |
| **City Tool Works, Inc.** **907 E. Francis Street** **Ontario, CA 91761** | - | | | | | | 43,100.65 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 44,498.66 |
|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clement Support Services, Inc.** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Trade Debt | | | | |
| Clark Pest Control<br>PO Box 1480<br>Lodi, CA 95241-1480 | | | | | | | 1,568.00 |
| Account No. | | - | Trade Debt | | | | |
| Construction Market Data Group<br>30 Technology Parkway South, Suite 100<br>Norcross, GA 30092 | | | | | | | 1,191.67 |
| Account No. | | - | Trade Debt | | | | |
| Construction Notice Services<br>9520 Padgett St., Suite 208<br>San Diego, CA 92126-4447 | | | | | | | 146.32 |
| Account No. | | - | Trade Debt | | | | |
| Cooper B-Line, Inc.<br>Accounts Receivble<br>3343 Solution Center<br>Chicago, IL 60677-3003 | | | | | | | 551,792.59 |
| Account No. | | - | Trade Debt | | | | |
| Core Engineering, PLLC.<br>3501 W. Elder St., Suite 100<br>Boise, ID 83705 | | | | | | | 1,265.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **555,963.58**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clement Support Services, Inc.**  ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Coupling Nut Supply P.O. Box 499 Johnson Creek, WI 53038 | - | | | | | | 395.36 |
| Account No. | | | Trade Debt - Advances | | | | |
| CSS Fabrication, Inc. 8790 Fruitridge Road Sacramento, CA 95826 | - | | | | | | 54,618.55 |
| Account No. | | | Lease of LaMirada Warehouse | | | | |
| David Johnson 626 South Lake Avenue Pasadena, CA 91106-3982 | - | | | | | | 29,160.00 |
| Account No. | | | Trade Debt | | | | |
| Deccofelt P.O. Box 156 Glendora, CA 91740 | - | | | | | | 348.62 |
| Account No. | | | Trade Debt | | | | |
| Dell Financial Services Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197-5292 | - | | | | | | 1,341.74 |

Sheet no. _6_ of _24_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 85,864.27

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

In re **Clement Support Services, Inc.** _____ , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Debt | | | | |
| **Dell Marketing LP** **One Dell Way** **Round Rock, TX 78682** | | | | | | | | 1,509.57 |
| Account No. | | - | | Trade Debt | | | | |
| **Department of Motor Vehicle** **P.O. Box 942897** **Sacramento, CA 94297** | | | | | | | | 926.00 |
| Account No. | | - | | Trade Debt | | | | |
| **Elco Textron Fastening Systems** **24201 Network Place** **Chicago, IL 60673-1242** | | | | | | | | 4,369.63 |
| Account No. | | - | | Trade Debt | | | | |
| **ERICO, INC.** **3138 Paysphere Circle** **Chicago, IL 60674** | | | | | | | | 2,011.52 |
| Account No. | | - | | Trade Debt (Lease of Copier) | | | | |
| **Everbank Commercial Finance** **PO Box 911608** **Denver, CO 80291-1608** | | | | | | | | 672.06 |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,488.78

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clement Support Services, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F & A Products, Inc. 897 American Street San Carlos, CA 94070-4101** | | - | Trade Debt | | | | 793.51 |
| Account No. **Federal Express P.O. Box 7221 Pasadena, CA 91109** | | - | Trade Debt | | | | 16.18 |
| Account No. **Ferrari Ottoboni LLP 333 West Santa Clara Street Suite 700 San Jose, CA 95113** | | - | Trade Debt | | | | 45,834.35 |
| Account No. **Firecode Safety Equipment, Inc. 3772 W. Pacific Ave. Sacramento, CA 95820** | | - | Trade Debt | | | | 195.83 |
| Account No. **Fortress Engineering 476 Vandell Way Campbell, CA 95008** | | - | Trade Debt | | | | 151,433.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 198,272.87

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clement Support Services, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Garry Limousine 2250 Monroe Street, Suite 313 Santa Clara, CA 95050 | - | | | | | | 300.00 |
| Account No. | | | Trade Debt | | | | |
| GC Fasteners, Inc. 1772 Rogers Avenue San Jose, CA 95112 | - | | | | | | 1,258.20 |
| Account No. | | | Trade Debt | | | | |
| Gilbert Spray 300 Laurelwood Road Santa Clara, CA 95054 | - | | | | | | 4,775.25 |
| Account No. | | | Trade Debt | | | | |
| Gregory Industries, Inc. 4100 13th Street SW Canton, OH 44708 | - | | | | | | 11,497.00 |
| Account No. | | | Representing: Gregory Industries, Inc. | | | | |
| Gregory Industries, Inc. c/o Scott M. Zurakowski, Esq. 4775 Munson Street NW P. O. Box 36963 East Canton, OH 44730 | | | | | | | Notice Only |

Sheet no. _9_ of _24_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 17,830.45

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clement Support Services, Inc.** , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gulf State Hangers <br>7100 Bellingrath Rd. <br>Theodore, AL 36582 | | - | Trade Debt | | | | 1,808.38 |
| Account No. <br><br> Haydon Corporation <br>415 Hamburg Turnpike <br>Wayne, NJ 07470 | | - | Trade Debt | | | | 26,262.80 |
| Account No. **File No. 56792** <br><br> Hayden Corporation <br>c/o Sweet & Walker <br>P. O. Box 27558 <br>San Francisco, CA 94127-0558 | | | Representing: <br>Haydon Corporation | | | | Notice Only |
| Account No. <br><br> Hilti, Inc. <br>P.O. Box 382002 <br>Pittsburgh, PA 15250-8002 | | - | Trade Debt | | | | 14,971.52 |
| Account No. **ABC File #1351579** <br><br> American Bureau of Collections <br>1100 Main Street <br>Buffalo, NY 14209-2356 | | | Representing: <br>Hilti, Inc. | | | | Notice Only |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **43,042.70**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

In re  **Clement Support Services, Inc.**                                          ,     Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hodell-Natco Industries, Inc.**<br>**P.O. Box 75719**<br>**Cleveland, OH 44101-4755** | | - | | **Trade Debt** | | | | 52,236.61 |
| Account No.<br><br>**Holdrite**<br>**11545 W. Bernardo Court, Suite 206**<br>**San Diego, CA 92127** | | - | | **Trade Debt** | | | | 35,000.29 |
| Account No.<br><br>**Howard Pest Control**<br>**535 W. Highland Street**<br>**Chandler, AZ 85225** | | - | | **Trade Debt** | | | | 75.00 |
| Account No.<br><br>**HSA Consulting Eng., Inc.**<br>**3857 Birch Street #416**<br>**Newport Beach, CA 92660** | | - | | **Trade Debt** | | | | 882,306.82 |
| Account No.<br><br>**Industrial Threaded Products**<br>**515 N. Puente Street**<br>**Brea, CA 92821** | | - | | **Trade Debt** | | | | 90,174.30 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,059,793.02**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

In re **Clement Support Services, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Intercorp 641 N. Poplar Street Orange, CA 92868 | - | | | | | | 2,544.16 |
| Account No. | | | Representing: Intercorp | | | | |
| Intercorp c/o David & Goldmark, Inc. 23441 S. Pointe Drive #110 Laguna Hills, CA 92653 | | | | | | | Notice Only |
| Account No. | | | Trade Debt | | | | |
| Interstate Threaded Products P.O. Box 224429 Dallas, TX 75222 | - | | | | | | 71.89 |
| Account No. | | | Trade Debt | | | | |
| Inventory Sales Co. 9777 Reavis Road St. Louis, MO 63123 | - | | | | | | 10,533.75 |
| Account No. | | | Trade Debt | | | | |
| Jan-Pro Cleaning Systems of Sacramento 4801 Laguna Blvd.,Suite 05-PMB 102 Elk Grove, CA 95758 | - | | | | | | 585.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,734.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Clement Support Services, Inc.**               ,      Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jet Stream International, LLC**<br>**931 Summitt Avenue**<br>**Niles, OH 44446** | - | | **Trade Debt** | | | | 133,254.20 |
| Account No.<br><br>**K.C. Scott Mfg. Inc.**<br>**2005 Mt.Vernon Avenue**<br>**Pomona, CA 91768** | - | | **Trade Debt** | | | | 27,133.60 |
| Account No.<br><br>**David Clarke**<br>**Richard James & Associates, Inc.**<br>**4317 NE Thurston Way #270**<br>**Vancouver, WA 98662** | | | Representing:<br>**K.C. Scott Mfg. Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Kimco Staffing Services, Inc.**<br>**Dept #842023**<br>**Los Angeles, CA 90084-2023** | - | | **Trade Debt** | | | | 2,458.55 |
| Account No.<br><br>**Kuhler Associates, Inc.**<br>**50 California Street**<br>**San Francisco, CA 94111** | - | | **Trade Debt** | | | | 1,707.25 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
               (Total of this page)    **164,553.60**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kumar Industries**<br>**4775 Chino Avenue**<br>**Chino, CA 91710** | | - | **Trade Debt** | | | | 33,153.71 |
| Account No.<br><br>**Landmann Wire Rope Products, Inc.**<br>**1818 Gilbreth Rd. #148**<br>**Burlingame, CA 94010** | | - | **Trade Debt** | | | | 1,363.00 |
| Account No.<br><br>**Loomis & Co., LLP**<br>**267 East Campbell Avenue, Suite 200**<br>**Campbell, CA 95008** | | - | **Trade Debt** | | | | 47,038.08 |
| Account No.<br><br>**Lord & Sons**<br>**430 E. Trimble Road**<br>**San Jose, CA 95131** | | - | **Trade Debt** | | | | 11,622.40 |
| Account No.<br><br>**M.W. Sausse & Company**<br>**28744 Witherspoon Parkway**<br>**Valencia, CA 91355-5425** | | - | **Trade Debt** | | | | 94,087.01 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,264.20

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clement Support Services, Inc.**                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Manufab** **1775 S. 1st Street, Suite 64-B** **San Jose, CA 95112-6103** | - | | | | | | 2,590.00 |
| Account No. | | | Trade Debt | | | | |
| **MDE Electric Co.** **152 Commercial Street** **Sunnyvale, CA 94086** | - | | | | | | 10,595.00 |
| Account No. | | | Vendor Bill | | | | |
| **Metlife Small Business Center** **P.O. Box 804466** **Kansas City, MO 64180-4456** | - | | | | | | 2,376.88 |
| Account No. | | | Trade Debt | | | | |
| **MIFAB Inc.** **Dept. 5272** **P.O. Box 3090** **Milwaukee, WI 53201-3090** | - | | | | | | 13,216.75 |
| Account No. | | | Trade Debt | | | | |
| **Miller Ross & Goldman** **1460 East Whitestone Blvd., Suite 110** **Cedar Park, TX 78613** | - | | | | | | 1,050.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  29,828.63

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Clement Support Services, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MP Strut & Fasteners** 770 Rivera St. Riverside, CA 92501 | | - | Trade Debt | | | | 15,568.03 |
| Account No. **Munoz Landscaping** 245 Mazey St. Milpitas, CA 95035 | | - | Trade Debt | | | | 1,330.00 |
| Account No. **Nelson** P.O. Box 49195 San Jose, CA 95161-9195 | | - | Trade Debt | | | | 2,689.65 |
| Account No. **Office Team** P.O. Box 743295 Los Angeles, CA 90074 | | - | Trade Debt | | | | 5,020.59 |
| Account No. **On Time Tech, Inc.** 182 Howard Street, Unit 108 San Francisco, CA 94105 | | - | Trade Debt | | | | 8,752.50 |

Sheet no. _16_ of _24_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,360.77**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Patrick O'Connor 3600 Data Drive #203 Rancho Cordova, CA 95670 | | - | | | | | 297.51 |
| Account No. | | | Trade Debt | | | | |
| PHD Manufacturing, Inc. (Osbourne) P.O. Box 44047 Detroit, MI 48244-0047 | | - | | | | | 272,377.39 |
| Account No. | | | Trade Debt (Leased Equipment) | | | | |
| Pitney Bowes Global Financial Services P.O. Box 371887 Pittsburgh, PA 15250-7887 | | - | | | | | 32.00 |
| Account No. | | | Trade Debt | | | | |
| Powers Fastening 2 Powers Lane Brewster, NY 10509 | | - | | | | | 3,538.12 |
| Account No. | | | Trade Debt | | | | |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | - | | | | | 97.69 |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

276,342.71

In re **Clement Support Services, Inc.** ,  Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pure Health**<br>**P. O. Box 644006**<br>**Cincinnati, OH 45264-4006** | - | | **Trade Debt (lease of water cooler in Sacramento)** | | | | **Unknown** |
| Account No.<br><br>**Rayne of San Jose**<br>**2941 Daylight Way**<br>**San Jose, CA 95111-3103** | - | | **Trade Debt (lease of water machine)** | | | | **201.49** |
| Account No.<br><br>**Republic Indemnity** | - | | **Trade Debt** | | | | **6,005.00** |
| Account No.<br><br>**Republic Services**<br>**3326 Fitzgerald Road**<br>**Rancho Cordova, CA 95742-6809** | - | | **Trade Debt** | | | | **320.37** |
| Account No.<br><br>**RFI Enterprises, Inc.** | - | | **Trade Debt** | | | | **477.85** |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,004.71**

In re __Clement Support Services, Inc._____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rich Doss Inc.**<br>**P.O. Box 4799**<br>**Santa Rosa, CA 95402** | - | | | **Trade Debt** | | | | 844.74 |
| Account No.<br><br>**Roadrunner Transportation Services**<br>**P. O. Box 908066**<br>**Chicago, IL 60680-9066** | - | | | **Trade Debt** | | | | 133.44 |
| Account No.<br><br>**Robert B. & Jane D.**<br>**Boxwell Family Trust**<br>**8794 Fruitridge Rd.**<br>**Sacramento, CA 95826** | - | | | **Lease of commercial building in Sacramento, CA.** | | | | 23,166.63 |
| Account No.<br><br>**Roy Miller Freight Lines**<br>**P.O. Box 18419**<br>**Anaheim, CA 92817-8419** | - | | | **Trade Debt** | | | | 10,241.71 |
| Account No.<br><br>**Ruben U. Munoz**<br>**DBA Seismic Estimating Service**<br>**800 Vist Patrone Dr. NE**<br>**Bernalillo, NM 87004** | - | | | **Trade Debt** | | | | 2,125.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)      | 36,511.52 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re __**Clement Support Services, Inc.**_____ ,   Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Sacramento Windustrial Co. 5800 Warehouse Way Sacramento, CA 95826-4916 | | - | | | | | 1,472.45 |
| Account No. | | | Trade Debt | | | | |
| San Jose Water Co. 110 W. Taylor St. San Jose, CA 95196-0001 | | - | | | | | 196.48 |
| Account No. | | | Trade Debt | | | | |
| Save Our Skin, Inc. 7396 B Freeman Place Goleta, CA 93117-2818 | | - | | | | | 273.96 |
| Account No. | | | Trade Debt | | | | |
| Small Business Benefit Plan P. O. Box 156 Belmont, CA 94002 | | - | | | | | 195.00 |
| Account No. | | | Trade Debt | | | | |
| Southern California Edison P.O. Box 600 Rosemead, CA 91771-0001 | | - | | | | | 165.70 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **2,303.59**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Southern Gas Corp. 13471 Mariposa Road Victorville, CA 92395-5351 | | - | | | | | | 518.65 |
| Account No. | | | | Trade Debt | | | | |
| SRP PO Box 80062 Prescott, AZ 86304-8062 | | - | | | | | | 197.93 |
| Account No. | | | | Trade Debt | | | | |
| Staples Advantage Dept. LA P.O. Box 83689 Chicago, IL 60696-3689 | | - | | | | | | 2,169.06 |
| Account No. | | | | Trade Debt | | | | |
| Sun Fast International LLC c/o Bank of the West 331 N. Atlantic Blvd., Suite 101 Monterey Park, CA 91754 | | - | | | | | | 14,698.00 |
| Account No. | | | | Trade Debt | | | | |
| Superior Felt & Filtration, LLC 1150 Ridgeview Dr. McHenry, IL 60050 | | - | | | | | | 2,065.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,648.64

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Clement Support Services, Inc.**         ,     Case No. _____

                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **The Gas Company**<br>**P. O. Box C**<br>**Monterey Park, CA 91756-5111** | | - | | | | | 225.20 |
| Account No. | | | Trade Debt | | | | |
| **Town of Gilbert**<br>**P. O. Box 52653**<br>**Phoenix, AZ 85072-2653** | | - | | | | | 94.63 |
| Account No. | | | Trade Debt | | | | |
| **U-Neac Fasteners**<br>**7500 14th Ave., #1**<br>**Sacramento, CA 95820** | | - | | | | | 5,544.56 |
| Account No. | | | Trade Debt | | | | |
| **Uline**<br>**ATTN: Accounts Receivable**<br>**P.O. Box 88741**<br>**Chicago, IL 60680-1741** | | - | | | | | 488.46 |
| Account No. | | | Trade Debt | | | | |
| **United Parcel Service**<br>**P.O. Box 894820**<br>**Los Angeles, CA 90189-4820** | | - | | | | | 4,520.78 |

Sheet no. __22__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     10,873.63

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,  Case No. _____
_____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Trade Debt | | | | |
| **Valley Rubber & Gasket Co.** 10182 Croydon Way Sacramento, CA 95827 | - | | | | | | | 34.25 |
| **Account No.** | | | | Lease of 480 Vandell, Campbell, CA, to the Debtor. | | | | |
| **Vandell, Inc.** 480 Vandell Way Campbell, CA 95008 | - | | | | | | | 37,800.00 |
| **Account No.** | | | | Trade Debt | | | | |
| **Verizon Wireless** P. O. Box 661108 Dallas, TX 75266-0108 | - | | | | | | | 1,167.94 |
| **Account No.** | | | | Trade Debt | | | | |
| **Vince Onken** 16344 Solvang Ave. Victorville, CA 92394 | - | | | | | | | 5,700.00 |
| **Account No.** | | | | Trade Debt | | | | |
| **Wells Fargo Business Card/VISA** P.O. Box 54349 Los Angeles, CA 90054-0349 | - | | | | | | | 16,328.36 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,030.55

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Clement Support Services, Inc.** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **Wells Fargo Businessline Mastercard Payment Remittance Center PO Box 54349 Los Angeles, CA 90054-0349** | - | | | | | | | 19,727.83 |
| Account No. | | | | Trade Debt | | | | |
| **Western Pacific Products Co. 13326 Elliott Avenue Chino, CA 91710** | - | | | | | | | 4,168.65 |
| Account No. | | | | Trade Debt | | | | |
| **Xiamen Sourcing 10073 Valley View Street #418 Cypress, CA 90630** | - | | | | | | | 71,649.11 |
| Account No. | | | | Trade Debt | | | | |
| **ZSI Inc. 45065 Michigan Canton, MI 48188** | - | | | | | | | 19,688.84 |
| Account No. | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 115,234.43 |
| Total (Report on Summary of Schedules) | 3,332,490.16 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Clement Support Services, Inc.** ,     Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Business Solutions**<br>**300 Commerce Square Blvd.**<br>**Burlington, NJ 08016** | **Copier maintenance agreement for Campbell sales office.** |
| **Canon Business Solutions**<br>**300 Commerce Square Blvd.**<br>**Burlington, NJ 08016** | **Copier maintenance for La Mirada location.** |
| **Canon Business Solutions**<br>**300 Commerce Square Blvd.**<br>**Burlington, NJ 08016** | **Copier maintainence agreement for HR & Acct Dept.** |
| **CBS-Newcall, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | **Lease of a copier for the La Mirada location.** |
| **CBS-Newcall, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | **Lease of a copier for the Campbell location.** |
| **CIT Technology Financial Services**<br>**P.O. Box 100706**<br>**Pasadena, CA 91189-0706** | **Lease of copiere for the Sacramento location.** |
| **Everbank Commercial Finance**<br>**PO Box 911608**<br>**Denver, CO 80291-1608** | **Lease of a copier for HR & Accounting.  Lease expires 6/15/2018.** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | **Lease of a truck for the Campbell location.  Lease expires 2/28/15** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | **Lease on a 2013 Freightliner M2 26000 (Campbell).  Lease expires 10/31/19.** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | **Lease on a 2013 Freightliner MC - 4x2 truck (Campbell).  Lease expires10/31/2019.** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | **Lease on a 2013 Freightliner M2 26000 truck (Sacramento).  Lease expires 4/30/2019.** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91110-7429** | **Lease of a truck for CSS Fab  (lease under Clement Support Services, Inc.) - lease expires 4/30/2019.** |

1

In re   **Clement Support Services, Inc.**                                      ,   Case No. _____
                                                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pitney Bowes Global Financial Services**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | **Lease of a postage machine for the Campbelll location.** |
| **Protection One**<br>**P. O. Box 219044**<br>**Kansas City, MO 64121-9044** | **Lease of a fire alarm system; lease expires on 2/24/2015** |
| **Protection One**<br>**P. O. Box 219044**<br>**Kansas City, MO 64121-9044** | **Lease of burglar alarms; lease expires on 6/16/2015.** |
| **Pure Health Solutions, Inc.**<br>**950 Corporate Woods Parkway**<br>**Vernon Hills, IL 60061** | **Lease of a water cooler located in the Sacramento office; lease expires on 9/20/2018 (Contract is under CSS Fab but it is the Clement Support Services, Inc. building and Clement Support Services, Inc. pays the monthly payment).** |
| **RFI Enterprises, Inc**<br>**360 Turtle Creek Court**<br>**San Jose, CA 95125** | **Lease of an alarm system for the Campbell location; lease expires on 8/31/2016.** |
| **Robert B. & Jane D. Boxwell**<br>**Boxwell Family Trust**<br>**8794 Fruitridge Rd.**<br>**Sacramento, CA 95826** | **Lease of commercial property located at 8790 Fruitridge Road, Sacramento, CA.  Lease expired 12/31/14.** |
| **Ruth Johnson, Trustee of the**<br>**Ruth Johnson Trust**<br>**626 South Lake Avenue**<br>**Pasadena, CA 91106-3982** | **Lease of the comercial property located at 15020 Desman Road, La Mirada, CA.  Lease expires 11/30/15.** |
| **Vandell, Inc.**<br>**480 Vandell Way**<br>**Campbell, CA 95008** | **Lease of the commercial property located at 480 Vandell Way, Campbell, CA.  Lease expires 2/19/1934.** |

In re **Clement Support Services, Inc.** ,  Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony M. Clement & Michelle Clement**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantors** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Anthony M. Clement & Michelle Clement**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantors** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Anthony M. Clement & Michelle Clement**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantors** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Clement 2006 Revocable Trust**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Clement 2006 Revocable Trust**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Clement 2006 Revocable Trust**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **CSS Fabrication, Inc.**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Co-Debtor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **CSS Fabrication, Inc.**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Co-Debtor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **CSS Fabrication, Inc.**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Co-Debtor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |

**1**

____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

In re    **Clement Support Services, Inc.**          ,     Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vandell, LLC**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Vandell, LLC**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |
| **Vandell, LLC**<br>**480 Vandell**<br>**Campbell, CA 95008**<br>  **Guarantor** | **AVID Bank Corporate Finance**<br>**400 Emerson St.**<br>**Palo Alto, CA 94301** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Clement Support Services, Inc.**              Case No.

Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 10, 2015**           Signature    **/s/ John White**

                                                **John White**

                                                **CFO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Clement Support Services, Inc.**                              Case No. _____

                                Debtor(s)                              Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,000,000.00** | **2014:  Business Income (gross sales/receipts)** |
| **$17,697,183.00** | **2013: Business Income (Gross sales/receipts)**<br>**Total Income: $5,892,376**<br>**Ordinary Business Income: -$973,865** |
| **$1,332,221.05** | **2015:  YTD Business Income (Gross sales/receipts)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attachment to Statement of Financial Affairs.** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attachment for insider payments.** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gregory Industries, Inc. vs. Debtor, Case No. 2014-CVF-6641.** | **Complaint on Account, Breach of Contract and Unjust Enrichment.** | **In the Canton Municipal Court Stark County, Ohio** | **Default Judgment entered against Debtor.** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **American Express PO Box 0001 Los Angeles, CA 90096-8000** | **None** | **12/28/2013 - 10/28/2014** | **5/7/14 - Hawk Gold Conference - $1,683.57 6/29/14 - Southland Industries - $700.00 12/28/14 - Autism Center of Santa Clara - $3,435.00** |
| **Wells Fargo Business CA** | **None** | **6/16/14** | **Gift  $155.30** |
| **Boy Scouts of America** | **None** | **3/31/14** | **Donation  $1250.00** |
| **American Express PO Box 0001 Los Angeles, CA 90096-8000** | **None** | **4/29/14** | **Gift cards purchased in the total sum of $515.80.** |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **BevMo**<br>**5765 Johnson Drive**<br>**Pleasanton, CA 94588** | **None** | **2/27/14** | **Cigars purchased as gifts in the sum of $169.89.** |
| **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | **None** | **10/28/14** | **Gift cards purchased in the sum of $150.00.** |
| **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | **None** | **1/28/14 to**<br>**11/28/14** | **Gitfs and donations totalling the sum of $5,433.77.** |

---

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **March 10, 2015** | **Debtor paid the sum of $89,850.79 to Binder & Malter, LLP for financial analysis, secured creditor and attorney communications and negotiations, reivew of various corporate matters, assistance with employees, taxes, leased equipment, UCC's, etc. Debtor paid $72,053.74 for this Chapter 11 filing and filing fee.** |

---

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Michael Seth Brown or Nancy Jean Brown**<br>**2446 Rockridge Way**<br>**Santa Clara, CA 95051**<br>**None** | **9/15/14** | **Debtor sold a BMW automobile to third parties named above for the sum of $23,000.00.** |

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Clement Support Services, Inc.** | **20-1360557** | **480 Vandell Way Campbell, CA 95008** | **Distribution of Pipe Supports & Related Materials and Services** | **1990 to the present.** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                       ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
**Pam Arias**                                               **2013 to current**
**153 Orchard Oak Circle**
**Campbell, CA 95008**

**Loomis & Co. CPA, LLP**                            **2012 - Current**
**267 East Campbell Ave. Suite 200**
**Campbell, CA 95008**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                               DATES SERVICES RENDERED
**Loomis & Associates**            **267 East Campbell Avenue, Suite 200**       **2013 to present**
                                   **Campbell, CA 95008**

**AVID Bank Corporate Finance**    **400 Emerson St.**                     **Over the past 2 years.**
                                   **Palo Alto, CA 94301**

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED
**Eaton/Bline**                                               **2012**
**509 W. Monroe Street**
**Highland, IL 62249**

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Tony Clement, Trustee of the Clement 2006 Revocable Trust, under Trust Agreement dated 5/31/06 480 Vandell Way Campbell** | **President** | **100% ownership** |
| **Michelle Clement 480 Vandell Campbell** | **Secretary** | **None** |
| **John White 480 Vandell Way Campbell, CA 95008** | **Chief Financial Officer** | **None** |

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **See attached spreadsheet re Insider Payments.** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 10, 2015**                          Signature **/s/ John White**

**John White**
**CFO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Clement Support Services, Inc.
Payments made within the last 90 days

| Date | Check No. | Name of Creditor | Amount |
|------|-----------|------------------|--------|
| 12/5/2014 0:00 | 141205PR SVS | ADP SCREENING & SELECTION SERVICES | -198.9 |
| 12/5/2014 0:00 | 141205PRSVS401K | ADP SCREENING & SELECTION SERVICES | -349.08 |
| 12/9/2014 0:00 | 141209PR 401K | ADP SCREENING & SELECTION SERVICES | -2452.86 |
| 12/11/2014 0:00 | 141211PR NET | ADP SCREENING & SELECTION SERVICES | -35056.4 |
| 12/11/2014 0:00 | 141211PR TAX | ADP SCREENING & SELECTION SERVICES | -14165.77 |
| 12/11/2014 0:00 | 141211PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 12/12/2014 0:00 | 141212PR SVS | ADP SCREENING & SELECTION SERVICES | -196.67 |
| 12/16/2014 0:00 | 141216PR 401K | ADP SCREENING & SELECTION SERVICES | -2627.1 |
| 12/18/2014 0:00 | 141218PR NET | ADP SCREENING & SELECTION SERVICES | -30072.55 |
| 12/18/2014 0:00 | 141218PR TAX | ADP SCREENING & SELECTION SERVICES | -12999.58 |
| 12/18/2014 0:00 | 141218PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 12/19/2014 0:00 | 141219PR SVS | ADP SCREENING & SELECTION SERVICES | -205.6 |
| 12/23/2014 0:00 | 141223PR 401K | ADP SCREENING & SELECTION SERVICES | -2448.74 |
| 12/24/2014 0:00 | 141224PR NET | ADP SCREENING & SELECTION SERVICES | -28393.06 |
| 12/24/2014 0:00 | 141224PR TAX | ADP SCREENING & SELECTION SERVICES | -12676.56 |
| 12/24/2014 0:00 | 141224PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 12/26/2014 0:00 | 141226PR SVS | ADP SCREENING & SELECTION SERVICES | -204.12 |
| 12/30/2014 0:00 | 141230PR 401K | ADP SCREENING & SELECTION SERVICES | -2477.5 |
| 1/2/2015 0:00 | 150102PR NET | ADP SCREENING & SELECTION SERVICES | -27768.37 |
| 1/2/2015 0:00 | 150102PR TAX | ADP SCREENING & SELECTION SERVICES | -16179.04 |
| 1/2/2015 0:00 | 150102PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 1/2/2015 0:00 | 150102PR SVS | ADP SCREENING & SELECTION SERVICES | -235.32 |
| 1/2/2015 0:00 | 150102PRSVS401K | ADP SCREENING & SELECTION SERVICES | -349.08 |
| 1/6/2015 0:00 | 150106PR 401K | ADP SCREENING & SELECTION SERVICES | -2417.92 |
| 1/8/2015 0:00 | 150108PR NET | ADP SCREENING & SELECTION SERVICES | -26863.11 |
| 1/8/2015 0:00 | 150108PR TAX | ADP SCREENING & SELECTION SERVICES | -15141.85 |
| 1/8/2015 0:00 | 150108PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 1/9/2015 0:00 | 150109PR SVS | ADP SCREENING & SELECTION SERVICES | -228.62 |
| 1/13/2015 0:00 | 150113PR 401K | ADP SCREENING & SELECTION SERVICES | -2418.24 |
| 1/15/2015 0:00 | 150115PR NET | ADP SCREENING & SELECTION SERVICES | -32183.52 |
| 1/15/2015 0:00 | 150115PR TAX | ADP SCREENING & SELECTION SERVICES | -17203.26 |
| 1/15/2015 0:00 | 150115PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 1/15/2015 0:00 | 150115PR NET | ADP SCREENING & SELECTION SERVICES | 32183.52 |
| 1/15/2015 0:00 | 150115PR TAX | ADP SCREENING & SELECTION SERVICES | 17203.26 |
| 1/15/2015 0:00 | 150115PR  NET | ADP SCREENING & SELECTION SERVICES | -30464.84 |
| 1/15/2015 0:00 | 16255.73 | ADP SCREENING & SELECTION SERVICES | -16255.73 |
| 1/16/2015 0:00 | 150116PR SVS | ADP SCREENING & SELECTION SERVICES | -187.74 |
| 1/20/2015 0:00 | 150120PR 401K | ADP SCREENING & SELECTION SERVICES | -2547.03 |
| 1/22/2015 0:00 | 150122PR NET | ADP SCREENING & SELECTION SERVICES | -27768.45 |
| 1/22/2015 0:00 | 150122PR TAX | ADP SCREENING & SELECTION SERVICES | -14433.99 |
| 1/22/2015 0:00 | 150122PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 1/23/2015 0:00 | 150123PR SVS | ADP SCREENING & SELECTION SERVICES | -204.12 |
| 1/26/2015 0:00 | 150126-FED-FUTA | ADP SCREENING & SELECTION SERVICES | -4039.84 |
| 1/27/2015 0:00 | 150127PR 401K | ADP SCREENING & SELECTION SERVICES | -2405.28 |
| 1/29/2015 0:00 | 150129PR NET | ADP SCREENING & SELECTION SERVICES | -26603.55 |
| 1/29/2015 0:00 | 150129PR TAX | ADP SCREENING & SELECTION SERVICES | -13616.69 |

| Date | Reference | Description | Amount |
|---|---|---|---|
| 1/29/2015 0:00 | 150129PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 1/30/2015 0:00 | 150130PR SV | ADP SCREENING & SELECTION SERVICES | -230.85 |
| 1/30/2015 0:00 | 150130PR401K | ADP SCREENING & SELECTION SERVICES | -349.08 |
| 2/3/2015 0:00 | 150203PR 401K | ADP SCREENING & SELECTION SERVICES | -2567.26 |
| 2/5/2015 0:00 | 150205PR NET | ADP SCREENING & SELECTION SERVICES | -28270.03 |
| 2/5/2015 0:00 | 150205PR TAX | ADP SCREENING & SELECTION SERVICES | -14346.44 |
| 2/5/2015 0:00 | 150205PR WG | ADP SCREENING & SELECTION SERVICES | -184.84 |
| 2/6/2015 0:00 | 150206PR SVS | ADP SCREENING & SELECTION SERVICES | -226.39 |
| 2/10/2015 0:00 | 150210PR 401K | ADP SCREENING & SELECTION SERVICES | -2800.26 |
| 2/12/2015 0:00 | 150212 WA-SUIER | ADP SCREENING & SELECTION SERVICES | -7.71 |
| 2/12/2015 0:00 | 150212PR NET | ADP SCREENING & SELECTION SERVICES | -31062.21 |
| 2/12/2015 0:00 | 150212PR TAX | ADP SCREENING & SELECTION SERVICES | -14943.14 |
| 2/12/2015 0:00 | 150212PR WG | ADP SCREENING & SELECTION SERVICES | -511.19 |
| 2/13/2015 0:00 | 150213PR SVS | ADP SCREENING & SELECTION SERVICES | -187.74 |
| 2/17/2015 0:00 | 150217PR 401K | ADP SCREENING & SELECTION SERVICES | -2457.66 |
| 2/19/2015 0:00 | 150219PR NET | ADP SCREENING & SELECTION SERVICES | -24780.86 |
| 2/19/2015 0:00 | 150219PR TAX | ADP SCREENING & SELECTION SERVICES | -12259.21 |
| 2/19/2015 0:00 | 150219PR WG | ADP SCREENING & SELECTION SERVICES | -284.84 |
| 2/20/2015 0:00 | 150220PR SVS | ADP SCREENING & SELECTION SERVICES | -207.16 |
| 2/24/2015 0:00 | 150224PR 401K | ADP SCREENING & SELECTION SERVICES | -2258.81 |
| 2/26/2015 0:00 | 150226PR SVS | ADP SCREENING & SELECTION SERVICES | -428.7 |
| 2/26/2015 0:00 | 150226PR NET | ADP SCREENING & SELECTION SERVICES | -25318.91 |
| 2/26/2015 0:00 | 150226PR TAX | ADP SCREENING & SELECTION SERVICES | -12154.16 |
| 2/26/2015 0:00 | 150226PR WG | ADP SCREENING & SELECTION SERVICES | -284.84 |
| 2/27/2015 0:00 | 150227PR  NET | ADP SCREENING & SELECTION SERVICES | -26393.88 |
| 2/27/2015 0:00 | 150227PR TAX | ADP SCREENING & SELECTION SERVICES | -12763.27 |
| 2/27/2015 0:00 | 150227PR WG | ADP SCREENING & SELECTION SERVICES | -284.84 |
| 2/27/2015 0:00 | 150227PR SVS | ADP SCREENING & SELECTION SERVICES | -188.55 |
| 3/3/2015 0:00 | 150303PR 401K | ADP SCREENING & SELECTION SERVICES | -2300.31 |
| 3/3/2015 0:00 | 150303PR 401K-2 | ADP SCREENING & SELECTION SERVICES | -2261.91 |
| | | | -596447.1 |
| | | | |
| 12/17/2014 0:00 | 141217-TRNSF | AMERICAN EXPRESS | -30209.6 |
| 12/17/2014 0:00 | 141217-TRNSF | AMERICAN EXPRESS | 30209.6 |
| 1/22/2015 0:00 | 55495 | AMERICAN EXPRESS | -57072.12 |
| 1/29/2015 0:00 | 55518 | AMERICAN EXPRESS | -737.37 |
| 2/2/2015 0:00 | 55558 | AMERICAN EXPRESS | -135.9 |
| 3/3/2015 0:00 | 55607 | AMERICAN EXPRESS | -3395.43 |
| | | | -61340.82 |
| | | | |
| 12/10/2014 0:00 | 141128-8109999 | AVIDBANK | -3888.89 |
| 12/10/2014 0:00 | 141128-LOC | AVIDBANK | -15759.61 |
| 12/10/2014 0:00 | 141128-TERM | AVIDBANK | -9357.64 |
| 12/16/2014 0:00 | 141216-AA | AVIDBANK | -1096.9 |
| 12/30/2014 0:00 | 141230-INTEREST | AVIDBANK | -77.31 |
| 1/13/2015 0:00 | 141231-LOC | AVIDBANK | -12600.35 |
| 1/13/2015 0:00 | 141231-810999 | AVIDBANK | -2888.88 |
| 1/13/2015 0:00 | 141231-TERM | AVIDBANK | -6951.38 |
| 1/16/2015 0:00 | 150116-AA | AVIDBANK | -995 |
| 2/10/2015 0:00 | 150126-8109999 | AVIDBANK | -3444.45 |

| | | | |
|---|---|---|---|
| 2/10/2015 0:00 | 150126-TERM | AVIDBANK | -8288.2 |
| 2/17/2015 0:00 | 150217-AA | AVIDBANK | -982.36 |
| 2/27/2015 0:00 | 150227-LEGAL | AVIDBANK | -3224.03 |
| | | | -69555 |
| | | | |
| 12/9/2014 0:00 | 55381 | CHASE\SOUTHWEST | -1541.76 |
| 1/22/2015 0:00 | 55503 | CHASE\SOUTHWEST | -1142.56 |
| 2/24/2015 0:00 | 55605 | CHASE\SOUTHWEST | -4540.52 |
| | | | -7224.84 |
| 12/8/2014 0:00 | 141208-TRNSF | CSS FABRICATION INC. | -11439.56 |
| 12/11/2014 0:00 | 141211-TRNSF | CSS FABRICATION INC. | -20740.43 |
| 12/16/2014 0:00 | 141216-TRNSF | CSS FABRICATION INC. | -6922.33 |
| 12/17/2014 0:00 | 141217-TRNSF | CSS FABRICATION INC. | -14835.17 |
| 12/17/2014 0:00 | 141217-TRNSF | CSS FABRICATION INC. | 14835.17 |
| 12/17/2014 0:00 | 141217-TRNSF-1 | CSS FABRICATION INC. | -15133.87 |
| 12/17/2014 0:00 | 141217-TRNSF-2 | CSS FABRICATION INC. | -11901.83 |
| 12/18/2014 0:00 | 141218-TRNSF | CSS FABRICATION INC. | -10777.82 |
| 12/23/2014 0:00 | 141223-TRNSF | CSS FABRICATION INC. | -14284.29 |
| 12/23/2014 0:00 | 141223-TRNSF1 | CSS FABRICATION INC. | -2575.98 |
| 12/30/2014 0:00 | 141230-TRNSF | CSS FABRICATION INC. | -22778.29 |
| 1/6/2015 0:00 | 150106-TRNSF | CSS FABRICATION INC. | -7500 |
| 1/8/2015 0:00 | 150108-TRNSF | CSS FABRICATION INC. | -36796.67 |
| 1/11/2015 0:00 | 150111-TRNSF | CSS FABRICATION INC. | -6000 |
| 1/13/2015 0:00 | 150113-TRNSF | CSS FABRICATION INC. | -2000 |
| 1/15/2015 0:00 | 150115-TRNSF | CSS FABRICATION INC. | -14442.23 |
| 1/15/2015 0:00 | 150115-TRNSF2 | CSS FABRICATION INC. | -10500 |
| 1/20/2015 0:00 | 150120-TRNSF | CSS FABRICATION INC. | -10000 |
| 1/21/2015 0:00 | 150121-TRNSF | CSS FABRICATION INC. | -30000 |
| 1/22/2015 0:00 | 150122-TRNSF | CSS FABRICATION INC. | -7000 |
| 1/28/2015 0:00 | 150128-TRNSF | CSS FABRICATION INC. | -43000 |
| 1/29/2015 0:00 | 150129-TRNSF | CSS FABRICATION INC. | -21000 |
| 2/3/2015 0:00 | 150203-TRNSF | CSS FABRICATION INC. | -8000 |
| 2/5/2015 0:00 | 150205-TRNSF | CSS FABRICATION INC. | -22000 |
| 2/5/2015 0:00 | 150205-TRNSF1 | CSS FABRICATION INC. | -10000 |
| 2/11/2015 0:00 | 150211-TRNSF | CSS FABRICATION INC. | -35450 |
| | | | -380243.3 |
| | | | |
| 12/8/2014 0:00 | 55343 | DAVID JOHNSON | -9720 |
| 12/17/2014 0:00 | 141217-TRNSF | DAVID JOHNSON | -9720 |
| 12/17/2014 0:00 | 141217-TRNSF | DAVID JOHNSON | 9720 |
| 3/3/2015 0:00 | 55612 | DAVID JOHNSON | -9720 |
| | | | -19440 |
| | | | |
| 12/17/2014 0:00 | 141217-TRNSF | FIREMAN'S FUND INSURANCE COMPANY | -4854.57 |
| 12/17/2014 0:00 | 141217-TRNSF | FIREMAN'S FUND INSURANCE COMPANY | 4854.57 |
| 12/22/2014 0:00 | 55401 | FIREMAN'S FUND INSURANCE COMPANY | -4854.57 |
| 2/12/2015 0:00 | 55586 | FIREMAN'S FUND INSURANCE COMPANY | -1724 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | -6578.57 |
| 12/12/2014 0:00 | 55384 | FORTRESS ENGINEERING | -7248 |
| 12/23/2014 0:00 | 55408 | FORTRESS ENGINEERING | -10240.38 |
| 1/12/2015 0:00 | 55435 | FORTRESS ENGINEERING | -10400 |
| 2/10/2015 0:00 | 55579 | FORTRESS ENGINEERING | <u>-11000</u> |
|  |  |  | -38888.38 |
|  |  |  |  |
| 2/9/2015 0:00 | 55574 | HSA CONSULTING ENG., INC. | <u>-11480</u> |
|  |  |  | -11480 |
|  |  |  |  |
| 2/24/2015 0:00 | 55599 | JOHN WHITE | -52.37 |
|  |  |  |  |
| 12/17/2014 0:00 | 141217-TRNSF | KAISER FOUNDATION HEALTH PLAN INC. | -9105.17 |
| 12/17/2014 0:00 | 141217-TRNSF | KAISER FOUNDATION HEALTH PLAN INC. | 9105.17 |
| 1/7/2015 0:00 | 55424 | KAISER FOUNDATION HEALTH PLAN INC. | -9105.17 |
| 1/29/2015 0:00 | 55530 | KAISER FOUNDATION HEALTH PLAN INC. | -8330.9 |
| 3/3/2015 0:00 | 55614 | KAISER FOUNDATION HEALTH PLAN INC. | <u>-7687.26</u> |
|  |  |  | -25123.33 |
|  |  |  |  |
| 12/17/2014 0:00 | 141217-TRNSF | LIBERTY MUTUAL INSURANCE | -5685.38 |
| 12/17/2014 0:00 | 141217-TRNSF | LIBERTY MUTUAL INSURANCE | 5685.38 |
| 12/23/2014 0:00 | 55405 | LIBERTY MUTUAL INSURANCE | -5685.38 |
| 12/23/2014 0:00 | 55407 | LIBERTY MUTUAL INSURANCE | -5736.91 |
| 2/26/2015 0:00 | 150226-EFT | LIBERTY MUTUAL INSURANCE | -3730.22 |
| 3/3/2015 0:00 | 150303-EFT | LIBERTY MUTUAL INSURANCE | <u>-7737.64</u> |
|  |  |  | -22890.15 |
|  |  |  |  |
| 12/17/2014 0:00 | 141217-TRNSF | METLIFE SMALL BUSINESS CENTER | -6225 |
| 12/17/2014 0:00 | 141217-TRNSF | METLIFE SMALL BUSINESS CENTER | 6225 |
| 1/7/2015 0:00 | 55425 | METLIFE SMALL BUSINESS CENTER | -6169.4 |
| 1/29/2015 0:00 | 55533 | METLIFE SMALL BUSINESS CENTER | -1948.54 |
| 3/3/2015 0:00 | 55615 | METLIFE SMALL BUSINESS CENTER | <u>-2650.38</u> |
|  |  |  | -10768.32 |
|  |  |  |  |
| 12/17/2014 0:00 | 141217-TRNSF | MONTY CLARK | -2228.06 |
| 12/17/2014 0:00 | 141217-TRNSF | MONTY CLARK | 2228.06 |
| 12/18/2014 0:00 | 55398 | MONTY CLARK | -2228.06 |
| 1/19/2015 0:00 | 55488 | MONTY CLARK | -2875.11 |
| 2/24/2015 0:00 | 55602 | MONTY CLARK | <u>-2757.59</u> |
|  |  |  | -7860.76 |
|  |  |  |  |
| 12/8/2014 0:00 | 55352 | NELSON | -13026.9 |
| 12/17/2014 0:00 | 141217-TRNSF | NELSON | -3870.81 |
| 12/17/2014 0:00 | 141217-TRNSF | NELSON | 3870.81 |
| 1/15/2015 0:00 | 55463 | NELSON | -1734.21 |
| 1/29/2015 0:00 | 55535 | NELSON | <u>-598.95</u> |
|  |  |  | -15360.06 |

| | | |
|---|---|---:|
| 12/8/2014 0:00 55353 | OFFICE TEAM | -5165.28 |
| 12/17/2014 0:00 141217-TRNSF | OFFICE TEAM | -5060.15 |
| 12/17/2014 0:00 141217-TRNSF | OFFICE TEAM | 5060.15 |
| 1/15/2015 0:00 55464 | OFFICE TEAM | -847.69 |
| 1/29/2015 0:00 55536 | OFFICE TEAM | -1076.68 |
| | | -7089.65 |
| | | |
| 12/8/2014 0:00 55355 | ON TIME TECH, INC. | -2966.41 |
| 12/17/2014 0:00 141217-TRNSF | ON TIME TECH, INC. | -2750 |
| 12/17/2014 0:00 141217-TRNSF | ON TIME TECH, INC. | 2750 |
| 1/15/2015 0:00 55465 | ON TIME TECH, INC. | -2750 |
| 1/29/2015 0:00 55537 | ON TIME TECH, INC. | -3223.75 |
| 3/3/2015 0:00 55617 | ON TIME TECH, INC. | -2750 |
| | | -11690.16 |
| | | |
| 12/15/2014 0:00 55386 | PAMELA S. ARIAS | -1762.5 |
| 1/19/2015 0:00 55489 | PAMELA S. ARIAS | -2775 |
| 2/3/2015 0:00 55564 | PAMELA S. ARIAS | -2025 |
| 3/4/2015 0:00 55625 | PAMELA S. ARIAS | -2662.5 |
| | | -9225 |
| | | |
| 12/8/2014 0:00 55356 | PENSKE TRUCK LEASING CO. | -2891.81 |
| 12/17/2014 0:00 141217-TRNSF | PENSKE TRUCK LEASING CO. | -8725.75 |
| 12/17/2014 0:00 141217-TRNSF | PENSKE TRUCK LEASING CO. | 8725.75 |
| 1/7/2015 0:00 55427 | PENSKE TRUCK LEASING CO. | -8725.75 |
| 1/15/2015 0:00 55468 | PENSKE TRUCK LEASING CO. | -2075.61 |
| 1/29/2015 0:00 55538 | PENSKE TRUCK LEASING CO. | -10343.85 |
| 3/4/2015 0:00 55627 | PENSKE TRUCK LEASING CO. | -4775.08 |
| | | -28812.1 |
| | | |
| 12/8/2014 0:00 55377 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 12/18/2014 0:00 55399 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 1/5/2015 0:00 55417 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 1/13/2015 0:00 55438 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 1/20/2015 0:00 55494 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 1/28/2015 0:00 55509 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 2/3/2015 0:00 55560 | PRIME SOURCE BUILDING PRODUCTS, INC. | -1000 |
| 2/10/2015 0:00 55577 | PRIME SOURCE BUILDING PRODUCTS, INC. | -912 |
| | | -7912 |
| | | |
| 12/17/2014 0:00 141217-TRNSF | REPUBLIC INDEMNITY COMPANY OF CALIFORNIA | -8703 |
| 12/17/2014 0:00 141217-TRNSF | REPUBLIC INDEMNITY COMPANY OF CALIFORNIA | 8703 |
| 1/5/2015 0:00 55413 | REPUBLIC INDEMNITY COMPANY OF CALIFORNIA | -8703 |
| 1/19/2015 0:00 55490 | REPUBLIC INDEMNITY COMPANY OF CALIFORNIA | -5052 |
| | | -13755 |
| | | |
| 12/17/2014 0:00 141217-TRNSF | ROBERT B. & JANE D. | -15031.42 |

| | | | |
|---|---|---|---|
| 12/17/2014 0:00 | 141217-TRNSF | ROBERT B. & JANE D. | 15031.42 |
| 1/15/2015 0:00 | 55474 | ROBERT B. & JANE D. | -15031.42 |
| 2/4/2015 0:00 | 55565 | ROBERT B. & JANE D. | -15031.42 |
| 3/3/2015 0:00 | 55619 | ROBERT B. & JANE D. | -10384 |
| | | | -40446.84 |
| | | | |
| 12/8/2014 0:00 | 55360 | ROY MILLER FREIGHT LINES, LLC | -4605.96 |
| 12/17/2014 0:00 | 141217-TRNSF | ROY MILLER FREIGHT LINES, LLC | -21280.15 |
| 12/17/2014 0:00 | 141217-TRNSF | ROY MILLER FREIGHT LINES, LLC | 21280.15 |
| 1/15/2015 0:00 | 55475 | ROY MILLER FREIGHT LINES, LLC | -11538.49 |
| 1/26/2015 0:00 | 55507 | ROY MILLER FREIGHT LINES, LLC | -10871.68 |
| 3/3/2015 0:00 | 55620 | ROY MILLER FREIGHT LINES, LLC | -2097.66 |
| | | | -29113.79 |
| | | | |
| 12/8/2014 0:00 | 55376 | SACRAMENTO COUNTY | -6739.94 |
| | | | -6739.94 |
| | | | |
| 12/26/2014 0:00 | 141226-ST | STATE BOARD OF EQUALIZATION | -1 |
| 1/22/2015 0:00 | 150122-ST | STATE BOARD OF EQUALIZATION | -60835.52 |
| 2/3/2015 0:00 | 150131-ST | STATE BOARD OF EQUALIZATION | -1 |
| 2/11/2015 0:00 | 150211-ST | STATE BOARD OF EQUALIZATION | -32393.6 |
| 2/20/2015 0:00 | 150220-ST | STATE BOARD OF EQUALIZATION | -1375.2 |
| 2/25/2015 0:00 | 150225-ST | STATE BOARD OF EQUALIZATION | -27889 |
| | | | -122495.3 |
| | | | |
| 12/8/2014 0:00 | 55367 | UNITED PARCEL SERVICE | -1750.64 |
| 12/17/2014 0:00 | 141217-TRNSF | UNITED PARCEL SERVICE | -179.47 |
| 12/17/2014 0:00 | 141217-TRNSF | UNITED PARCEL SERVICE | 179.47 |
| 1/7/2015 0:00 | 55431 | UNITED PARCEL SERVICE | -179.47 |
| 1/8/2015 0:00 | 55433 | UNITED PARCEL SERVICE | -3024.84 |
| 1/29/2015 0:00 | 55548 | UNITED PARCEL SERVICE | -1515.89 |
| 3/3/2015 0:00 | 55622 | UNITED PARCEL SERVICE | -816.93 |
| | | | -7287.77 |
| | | | |
| 12/15/2014 0:00 | 141215-ACH | VANDELL , LLC | -12600 |
| 12/17/2014 0:00 | 141217-TRNSF | VANDELL , LLC | -12600 |
| 12/17/2014 0:00 | 141217-TRNSF | VANDELL , LLC | 12600 |
| 1/13/2015 0:00 | 150113-ACH | VANDELL , LLC | -12600 |
| 2/4/2015 0:00 | 150204-ACH | VANDELL , LLC | -12600 |
| | | | -37800 |
| | | | |
| 1/2/2015 0:00 | 150102-VANDELL | WELLS FARGO BANK, NA | -8210.9 |
| 2/2/2015 0:00 | 150202-VANDELL | WELLS FARGO BANK, NA | -8210.9 |
| 3/2/2015 0:00 | 150302-VANDELL | WELLS FARGO BANK, NA | -8210.9 |
| | | | -24632.7 |

**Clement Support Services**
**(Attachment to Statement of Affairs - Insider Payment)**

|  |  | 2014 | 2015 |
|---|---|---|---|
| **Salaries:** |  |  |  |
| Anthony Clement - President<br>480 Vandell Way<br>Campbell, CA 95008 |  | 134,200.00 | 30,250.00 |
| Michelle Clement - Vice President<br>480 Vandell Way<br>Campbell, CA 95008 |  | 158,600.00 | 35,750.00 |
| Ashley Clement - Daughter-in-law<br>1224 Turquoise Court<br>Los Banos, CA 93635 |  | 65,011.74 | - |
| Steven Clement - Son of President<br>2615 Waterton Way<br>Sacramento, CA 95826 |  | 60,854.61 | 11,043.00 |
| John White - CEO | Salary | 182,000.00 | 38,500.00 |
|  | Commissions | 85,971.99 | 10,991.64 |
|  | Housing | 32,292.13 | 8,216.82 |
|  | Auto | 9,000.00 | 1,500.00 |
|  |  | 309,264.12 | 59,208.46 |
| **Shareholder Distributions:** |  |  |  |
| Anthony Clement - Shareholder<br> Distributions (see detail attached) |  | 156,372.38 | 51,211.15 |

**Vandell, LLC**
**Insider Payments - Rental Inocme Received From Clement Support)**

| Type | Date | Num | Name | Memo | Amount | Vandell loan payment paid by Clement in Lieu of Rent | Rent Received from Clement | |
|---|---|---|---|---|---|---|---|---|
| General Journal | 08/31/2014 | Rent | Colson Services | August loan payment made by Clement Support | 8,210.90 | 8,210.90 | | |
| Deposit | 01/07/2014 | | Clement Support | Clement rent | 12,600.00 | | 12,600.00 Jan | |
| Deposit | 02/11/2014 | | Clement Support | Clement rent | 12,600.00 | | 12,600.00 Feb | |
| General Journal | 12/01/2014 | Colson | | December loan payment paid by Clement Support | 8,210.90 | 8,210.90 | | |
| Deposit | 04/17/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 Apr | |
| Deposit | 05/09/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 May | |
| Deposit | 06/12/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 June | |
| Deposit | 07/24/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 July | |
| Deposit | 08/28/2014 | | Clement Support | Deposit | 12,670.00 | | 12,670.00 Aug | |
| Deposit | 10/06/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 Oct | Received payment 12/16/14 |
| Deposit | 11/21/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 Nov | Received payment 1/14/15 |
| Deposit | 12/16/2014 | | Clement Support | Deposit | 12,600.00 | | 12,600.00 Dec | Received payment 2/10/15 |
| General Journal | 07/31/2014 | Colson | | July loan payment paid by Clement Support | 8,210.90 | 8,210.90 | | |
| General Journal | 09/30/2014 | Rent | Colson Services | Loan payment made by Clement Support | 8,210.90 | 8,210.90 | | |
| General Journal | 10/31/2014 | Rent | Colson Services | Loan payment made by Clement Support | 8,210.90 | 8,210.90 | | |
| General Journal | 06/30/2014 | Colson | | Monthly loan payment paid by Clement Support | 8,210.90 | 8,210.90 | | |
| General Journal | 11/03/2014 | Colson | | November loan payment paid by Clement Support | 8,210.90 | 8,210.90 | | |
| General Journal | 09/30/2014 | Accrual | Clement Support | Rental income due from Clement Support | 12,600.00 | | 12,600.00 Sept | |
| General Journal | 01/01/2014 | Loan pmt | | SBA loan payment made by Clement | 8,340.53 | 8,340.53 | | |
| General Journal | 02/01/2014 | Loan pmt | | SBA loan payment made by Clement | 8,340.53 | 8,340.53 | | |
| General Journal | 03/01/2014 | Loan pmt | | SBA loan payment made by Clement | 8,340.53 | 8,340.53 | | |
| General Journal | 04/01/2014 | Loan pmt | | SBA loan payment made by Clement | 8,340.53 | 8,340.53 | | |
| General Journal | 05/01/2014 | Loan pmt | | SBA loan payment made by Clement | 8,340.53 | 8,340.53 | | |
| General Journal | 03/01/2014 | Accrual | | To accrue for march rental income to be received from | 12,600.00 | | 12,600.00 Mar | |
| | | | | | 250,448.95 | | | |
| | | | | | 250,448.95 | | | |

**Payments Made to CSS, Fortress & TMAS**
**Jan 1 2014 thru March 6, 2015**
**(Insider Payments)**

| Sum of Amount Pd | Payment Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Paid To | ADP Fees - Pd by Clement | Advances | Cell phone - Pd by Clement | Insurance - Pd by Clement | Misc - Pd by Clement | Office Supplies - Pd by Clement | Payroll - Pd by Clement | Rental payment | Supplier Payment | Grand Total |
| CSS FABRICATION INC. | 335.48 | 334643.73 | 3522.93 | 7185.77 | 49.47 | 718.99 | 829.62 | | 1405667.05 | 1752953.04 |
| FORTRESS ENGINEERING | | | | | | | | | 168027.76 | 168027.76 |
| TMAS LLC | | | | | | | | 1100 | | 1100 |
| Grand Total | 335.48 | 334643.73 | 3522.93 | 7185.77 | 49.47 | 718.99 | 829.62 | 1100 | 1573694.81 | 1922080.8 |

# United States Bankruptcy Court
## Northern District of California

In re __Clement Support Services, Inc.__ _____ Case No. _____
                                    Debtor(s)          Chapter __11__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)    For legal services rendered or to be rendered in contemplation of and in connection with this case      $     __160,187.53__
   - b)    Prior to the filing of this statement, debtor(s) have paid      $     __160,187.53__
   - c)    The unpaid balance due and payable is      $     __0.00__

3.     $ __1,717.00__ of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:
   - a.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

9.     Debtor paid to Binder & Malter, LLP the sum of $89,850.79 for pre-bankruptcy analysis and creditor negotiations. Debtor has also paid to Binder & Malter, LLP the sum of $70,053.74 as and for a Chapter 11 retainer.

Dated: __March 10, 2015__ _____      Respectfully submitted,

_____

Attorney for Debtor: **Michael W. Malter #96533**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700  Fax: (408) 295-1531**

# United States Bankruptcy Court
## Northern District of California

In re __Clement Support Services, Inc._____ ,          Case No. _____

                                        Debtor                    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Anthony Clement, Trustee of the Clement<br>2006 Revocable Trust, under Trust<br>Agreement dated 5/31/06<br>480 Vandell Way<br>Campbell, CA 95008** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 10, 2015**_____          Signature__**/s/ John White**_____
                                                         **John White**
                                                         **CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

0    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Clement Support Services, Inc.** 

Debtor(s)

Case No.

Chapter **11**

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __18__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **March 10, 2015**

**/s/ Michael W. Malter**
Signature of Attorney
**Michael W. Malter #96533**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700   Fax: (408) 295-1531**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

```
76 Fleet
P.O. Box 6293
Carol Stream, IL 60197-6293


A. Palma Engineering
PO Box 1075
Pleasanton, CA 94566


AB Threading, Inc.
12920 Sunnyside Place
Santa Fe Springs, CA 90670


ACME Construction
330 SE Salmon Street
Portland, OR 97214


Alcocad-Nickel Plating Corp.
1400 Long Beach Avenue
Los Angeles, CA 90021


Ally Financial
P. O. Box 9001948
Louisville, KY 40290-1948


American Bureau of Collections
1100 Main Street
Buffalo, NY 14209-2356


American Express
PO Box 0001
Los Angeles, CA 90096-8000
```

Amerigas - Gardena
P.O. Box 7155
Pasadena, CA 91109-7155


Amerigas - San Jose
1155 N. 15th Street
San Jose, CA 95112


Anago of the Bay Area
1460 Koll Circle, Suite B
San Jose, CA 95112


Anthony Clement, Trustee of the Clement
2006 Revocable Trust, under Trust
Agreement dated 5/31/06
480 Vandell Way
Campbell, CA 95008


Anthony M. Clement & Michelle Clement
480 Vandell
Campbell, CA 95008


Atlas Galvanizing LLC
2639 Leonis Blvd.
Vernon, CA 90058


AVID Bank Corporate Finance
400 Emerson St.
Palo Alto, CA 94301


Axion Software, Ltd.
115 Stevens Avenue #320
Valhalla, NY 10595

Bay Standard Mfg., Inc.
P.O. Box 801
Brentwood, CA 94513-0801


Bridge Bank
55 Almaden Blvd.
San Jose, CA 95113


Bridge Bank
Stephen J. Kottmeier
Hopkins & Carley
70 S. First Street
San Jose, CA 95113-2406


Cable Moore, Inc.
4700 Coliseum Way
Oakland, CA 94601


California Chamber of Commerce
P.O. Box 526020
Sacramento, CA 95852-6020


California Dynamics Corp.
5572 Alhambra Avenue
Los Angeles, CA 90032-3106


California Pumbing & Mech. Contractors
1047 Whipple Avenue
Redwood City, CA 94062


Calsteam
604 Price Avenue
Redwood City, CA 94063

Canon Business Solutions
300 Commerce Square Blvd.
Burlington, NJ 08016


Caplugs
2150 Elmwood Ave.
Buffalo, NY 14207


CBS-Newcall, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602


CenturyLink
P. O. Box 91155
Seattle, WA 98111-9255


Ceridian
P.O. Box 10989
Newark, NJ 07193


CIT Technology Financial Services
P.O. Box 100706
Pasadena, CA 91189-0706


City Tool Works, Inc.
907 E. Francis Street
Ontario, CA 91761


Clark Pest Control
PO Box 1480
Lodi, CA 95241-1480

Clement 2006 Revocable Trust
480 Vandell
Campbell, CA 95008


Construction Market Data Group
30 Technology Parkway South, Suite 100
Norcross, GA 30092


Construction Notice Services
9520 Padgett St., Suite 208
San Diego, CA 92126-4447


Cooper B-Line, Inc.
Accounts Receivble
3343 Solution Center
Chicago, IL 60677-3003


Core Engineering, PLLC.
3501 W. Elder St., Suite 100
Boise, ID 83705


Coupling Nut Supply
P.O. Box 499
Johnson Creek, WI 53038


CSS Fabrication, Inc.
8790 Fruitridge Road
Sacramento, CA 95826


CSS Fabrication, Inc.
480 Vandell
Campbell, CA 95008

David Clarke
Richard James & Associates, Inc.
4317 NE Thurston Way #270
Vancouver, WA 98662


David Johnson
626 South Lake Avenue
Pasadena, CA 91106-3982


Deccofelt
P.O. Box 156
Glendora, CA 91740


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell Marketing LP
One Dell Way
Round Rock, TX 78682


Department of Motor Vehicle
P.O. Box 942897
Sacramento, CA 94297


Elco Textron Fastening Systems
24201 Network Place
Chicago, IL 60673-1242


ERICO, INC.
3138 Paysphere Circle
Chicago, IL 60674

Everbank Commercial Finance
PO Box 911608
Denver, CO 80291-1608

F & A Products, Inc.
897 American Street
San Carlos, CA 94070-4101

Federal Express
P.O. Box 7221
Pasadena, CA 91109

Ferrari Ottoboni LLP
333 West Santa Clara Street
Suite 700
San Jose, CA 95113

Firecode Safety Equipment, Inc.
3772 W. Pacific Ave.
Sacramento, CA 95820

Fortress Engineering
476 Vandell Way
Campbell, CA 95008

Franchise Tax Board
(Bankruptcy Code section 505 Requests)
P. O. Box 1673
Sacramento, CA 95812

Garry Limousine
2250 Monroe Street, Suite 313
Santa Clara, CA 95050

GC Fasteners, Inc.
1772 Rogers Avenue
San Jose, CA 95112


Gilbert Spray
300 Laurelwood Road
Santa Clara, CA 95054


Gregory Industries, Inc.
4100 13th Street SW
Canton, OH 44708


Gregory Industries, Inc.
c/o Scott M. Zurakowski, Esq.
4775 Munson Street NW
P. O. Box 36963
East Canton, OH 44730


Gulf State Hangers
7100 Bellingrath Rd.
Theodore, AL 36582


Hayden Corporation
c/o Sweet & Walker
P. O. Box 27558
San Francisco, CA 94127-0558


Haydon Corporation
415 Hamburg Turnpike
Wayne, NJ 07470


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002

Hodell-Natco Industries, Inc.
P.O. Box 75719
Cleveland, OH 44101-4755


Holdrite
11545 W. Bernardo Court, Suite 206
San Diego, CA 92127


Howard Pest Control
535 W. Highland Street
Chandler, AZ 85225


HSA Consulting Eng., Inc.
3857 Birch Street #416
Newport Beach, CA 92660


Industrial Threaded Products
515 N. Puente Street
Brea, CA 92821


Intercorp
641 N. Poplar Street
Orange, CA 92868


Intercorp
c/o David & Goldmark, Inc.
23441 S. Pointe Drive #110
Laguna Hills, CA 92653


Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Threaded Products
P.O. Box 224429
Dallas, TX 75222


Inventory Sales Co.
9777 Reavis Road
St. Louis, MO 63123


Jan-Pro Cleaning Systems of Sacramento
4801 Laguna Blvd.,Suite 05-PMB 102
Elk Grove, CA 95758


Jet Stream International, LLC
931 Summitt Avenue
Niles, OH 44446


K.C. Scott Mfg. Inc.
2005 Mt.Vernon Avenue
Pomona, CA 91768


Kimco Staffing Services, Inc.
Dept #842023
Los Angeles, CA 90084-2023


Kuhler Associates, Inc.
50 California Street
San Francisco, CA 94111


Kumar Industries
4775 Chino Avenue
Chino, CA 91710

Landmann Wire Rope Products, Inc.
1818 Gilbreth Rd. #148
Burlingame, CA 94010


Loomis & Co., LLP
267 East Campbell Avenue, Suite 200
Campbell, CA 95008


Lord & Sons
430 E. Trimble Road
San Jose, CA 95131


M.W. Sausse & Company
28744 Witherspoon Parkway
Valencia, CA 91355-5425


Manufab
1775 S. 1st Street, Suite 64-B
San Jose, CA 95112-6103


MDE Electric Co.
152 Commercial Street
Sunnyvale, CA 94086


MECHANICS BANK
P.O. BOX 4000
RICHMOND, CA 94804-0400


Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4456

MIFAB Inc.
Dept. 5272
P.O. Box 3090
Milwaukee, WI 53201-3090


Miller Ross & Goldman
1460 East Whitestone Blvd., Suite 110
Cedar Park, TX 78613


MP Strut & Fasteners
770 Rivera St.
Riverside, CA 92501


Munoz Landscaping
245 Mazey St.
Milpitas, CA 95035


Nelson
P.O. Box 49195
San Jose, CA 95161-9195


Office Team
P.O. Box 743295
Los Angeles, CA 90074


On Time Tech, Inc.
182 Howard Street, Unit 108
San Francisco, CA 94105


Patrick O'Connor
3600 Data Drive #203
Rancho Cordova, CA 95670

Penske Truck Leasing Co.
P.O. Box 7429
Pasadena, CA 91110-7429


PHD Manufacturing, Inc. (Osbourne)
P.O. Box 44047
Detroit, MI 48244-0047


Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887


Powers Fastening
2 Powers Lane
Brewster, NY 10509


Protection One
P. O. Box 219044
Kansas City, MO 64121-9044


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Pure Health
P. O. Box 644006
Cincinnati, OH 45264-4006


Pure Health Solutions, Inc.
950 Corporate Woods Parkway
Vernon Hills, IL 60061

Rayne of San Jose
2941 Daylight Way
San Jose, CA 95111-3103


Republic Indemnity


Republic Services
3326 Fitzgerald Road
Rancho Cordova, CA 95742-6809


RFI Enterprises, Inc
360 Turtle Creek Court
San Jose, CA 95125


RFI Enterprises, Inc.


Rich Doss Inc.
P.O. Box 4799
Santa Rosa, CA 95402


Roadrunner Transportation Services
P. O. Box 908066
Chicago, IL 60680-9066


Robert B. & Jane D.
Boxwell Family Trust
8794 Fruitridge Rd.
Sacramento, CA 95826

Robert B. & Jane D. Boxwell
Boxwell Family Trust
8794 Fruitridge Rd.
Sacramento, CA 95826


Roy Miller Freight Lines
P.O. Box 18419
Anaheim, CA 92817-8419


Ruben U. Munoz
DBA Seismic Estimating Service
800 Vist Patrone Dr. NE
Bernalillo, NM 87004


Ruth Johnson, Trustee of the
Ruth Johnson Trust
626 South Lake Avenue
Pasadena, CA 91106-3982


Sacramento Windustrial Co.
5800 Warehouse Way
Sacramento, CA 95826-4916


San Jose Water Co.
110 W. Taylor St.
San Jose, CA 95196-0001


Save Our Skin, Inc.
7396 B Freeman Place
Goleta, CA 93117-2818


Small Business Benefit Plan
P. O. Box 156
Belmont, CA 94002

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001


Southern Gas Corp.
13471 Mariposa Road
Victorville, CA 92395-5351


SRP
PO Box 80062
Prescott, AZ 86304-8062


Staples Advantage
Dept. LA
P.O. Box 83689
Chicago, IL 60696-3689


State Board of Equalization
P. O. Box 942879
Sacramento, CA 94279-0001


Sun Fast International LLC
c/o Bank of the West
331 N. Atlantic Blvd., Suite 101
Monterey Park, CA 91754


Superior Felt & Filtration, LLC
1150 Ridgeview Dr.
McHenry, IL 60050


The Gas Company
P. O. Box C
Monterey Park, CA 91756-5111

Town of Gilbert
P. O. Box 52653
Phoenix, AZ 85072-2653


U-Neac Fasteners
7500 14th Ave., #1
Sacramento, CA 95820


Uline
ATTN: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820


US Bancorp Equipment Finance
P. O. Box 230789
Portland, OR 97281


Valley Rubber & Gasket Co.
10182 Croydon Way
Sacramento, CA 95827


Vandell, Inc.
480 Vandell Way
Campbell, CA 95008


Vandell, LLC
480 Vandell
Campbell, CA 95008

Verizon Wireless
P. O. Box 661108
Dallas, TX 75266-0108


Vince Onken
16344 Solvang Ave.
Victorville, CA 92394


Wells Fargo Business Card/VISA
P.O. Box 54349
Los Angeles, CA 90054-0349


Wells Fargo Businessline Mastercard
Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054-0349


Western Pacific Products Co.
13326 Elliott Avenue
Chino, CA 91710


WTAF, LLC
420 Murray Hill
New Providence, NJ 07974


Xiamen Sourcing
10073 Valley View Street #418
Cypress, CA 90630


ZSI Inc.
45065 Michigan
Canton, MI 48188

# United States Bankruptcy Court
## Northern District of California

In re **Clement Support Services, Inc.**

Case No.

Debtor(s)

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Clement Support Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 10, 2015**

Date

**/s/ Michael W. Malter**

**Michael W. Malter #96533**

Signature of Attorney or Litigant

Counsel for **Clement Support Services, Inc.**

**Binder & Malter, LLP**

**2775 Park Avenue**

**Santa Clara, CA 95050**

**(408) 295-1700 Fax:(408) 295-1531**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy