B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Clement Support Services, Inc.**      Case No. **15-50794-MEH**
Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A. Palma Engineering<br>PO Box 1075<br>Pleasanton, CA 94566 | Debi Palma<br>A. Palma Engineering<br>5980 Stoneridge Drive#109<br>Pleasanton, CA 94588<br>925-469-0417 | Trade Debt | | 33,845.00 |
| ACME Construction<br>330 SE Salmon Street<br>Portland, OR 97214 | Anton Oehlert<br>ACME Construction<br>330 SE Salmon Street<br>Portland, OR 97214<br>503-872-9805 ext 762 | Trade debt | | 256,839.55 |
| Bay Standard Mfg., Inc.<br>P.O. Box 801<br>Brentwood, CA 94513-0801 | Alison Watts<br>Bay Standard Mfg., Inc.<br>24485 Marsh Creek Road<br>Brentwood, CA 94513<br>925-634-1181 | Vendor Bill | | 25,447.51 |
| City Tool Works, Inc.<br>907 E. Francis Street<br>Ontario, CA 91761 | Bill<br>City Tool Works, Inc.<br>907 E. Francis Street<br>Ontario, CA 91761<br>909-923-8080 | Trade debt | | 43,100.65 |
| Cooper B-Line, Inc.<br>Accounts Receivble<br>3343 Solution Center<br>Chicago, IL 60677-3003 | Rose McCusker<br>Cooper B-Line, Inc.<br>Accounts Receivble<br>3343 Solution Center<br>Chicago, IL 60677-3003<br>770-486-5281 | Trade Debt | | 551,792.59 |
| David Johnson<br>626 South Lake Avenue<br>Pasadena, CA 91106-3982 | David Johnson<br>626 South Lake Avenue<br>Pasadena, CA 91106-3982 | Lease of LaMirada Warehouse | | 29,160.00 |
| Ferrari Ottoboni LLP<br>333 West Santa Clara Street<br>Suite 700<br>San Jose, CA 95113 | Ferrari Ottoboni LLP<br>333 West Santa Clara Street<br>Suite 700<br>San Jose, CA 95113<br>408-280-0535 | Trade Debt | | 45,834.35 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Haydon Corporation**<br>**415 Hamburg Turnpike**<br>**Wayne, NJ 07470** | **Kevin Johnson**<br>**Haydon Corporation**<br>**415 Hamburg Turnpike**<br>**Wayne, NJ 07470**<br>**973-904-0128** | **Trade Debt** | | **26,262.80** |
| **Hodell-Natco Industries, Inc.**<br>**P.O. Box 75719**<br>**Cleveland, OH 44101-4755** | **Cindy Mendoza**<br>**Hodell-Natco Industries, Inc.**<br>**7825 Hub Parkway**<br>**Cleveland, OH 44135**<br>**775-358-2638** | **Trade Debt** | | **52,236.61** |
| **Holdrite**<br>**11545 W. Bernardo Court, Suite 206**<br>**San Diego, CA 92127** | **Rosa Perez Lopez**<br>**Holdrite**<br>**11545 W. Bernardo Court, Suite 206**<br>**San Diego, CA 92127**<br>**760-621-0793** | **Trade Debt** | | **35,000.29** |
| **HSA Consulting Eng., Inc.**<br>**3857 Birch Street #416**<br>**Newport Beach, CA 92660** | **Zubair Sheikh**<br>**HSA Consulting Eng., Inc.**<br>**3857 Birch Street #416**<br>**Newport Beach, CA 92660**<br>**714-662-2612** | **Trade Debt** | | **882,306.82** |
| **Industrial Threaded Products**<br>**515 N. Puente Street**<br>**Brea, CA 92821** | **Donald Garner**<br>**Industrial Threaded Products**<br>**515 N. Puente Street**<br>**Brea, CA 92821**<br>**562-802-4626** | **Trade Debt** | | **90,174.30** |
| **Jet Stream International, LLC**<br>**931 Summitt Avenue**<br>**Niles, OH 44446** | **Diana Howley**<br>**Jet Stream International, LLC**<br>**931 Summitt Avenue**<br>**Niles, OH 44446**<br>**330-505-9988** | **Trade Debt** | | **133,254.20** |
| **K.C. Scott Mfg. Inc.**<br>**2005 Mt.Vernon Avenue**<br>**Pomona, CA 91768** | **Audrey Bouzas**<br>**K.C. Scott Mfg. Inc.**<br>**2005 Mt. Vernon Avenue**<br>**Pomona, CA 91768**<br>**909-623-2005** | **Trade Debt** | | **27,133.60** |
| **Kumar Industries**<br>**4775 Chino Avenue**<br>**Chino, CA 91710** | **Samear Agrawal**<br>**Kumar Industries**<br>**4775 Chino Avenue**<br>**Chino, CA 91710**<br>**909-591-0722** | **Trade Debt** | | **33,153.71** |
| **Loomis & Co., LLP**<br>**267 East Campbell Avenue, Suite 200**<br>**Campbell, CA 95008** | **Howard Loomis**<br>**Loomis & Co., LLP**<br>**267 East Campbell Ave., Suite 200**<br>**Campbell, CA 95008**<br>**408-385-3400** | **Trade debt** | | **47,038.08** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M.W. Sausse & Company<br>28744 Witherspoon Parkway<br>Valencia, CA 91355-5425 | Jennifer Tampa<br>M.W. Sausse & Company<br>28744 Witherspoon Parkway<br>Valencia, CA 91355-5425<br>661-257-3311 | Trade Debt | | 94,087.01 |
| PHD Manufacturing, Inc. (Osbourne)<br>P.O. Box 44047<br>Detroit, MI 48244-0047 | Jackie Thomas<br>PHD Manufacturing, Inc. (Osbourne)<br>44018 Columbiana-Waterford Road<br>Detroit, MI 48208<br>800-321-2736 | Trade debt | | 272,377.39 |
| Robert B. & Jane D. Boxwell Family Trust<br>8794 Fruitridge Rd.<br>Sacramento, CA 95826 | Bud Boxell<br>Robert B. & Jane D. Bowell Family Trust<br>8794 Fruitridge Road<br>Sacramento, CA 95826<br>916-381-4792 | Lease of commercial building in Sacramento, CA. | | 23,166.63 |
| Xiamen Sourcing<br>10073 Valley View Street #418<br>Cypress, CA 90630 | Carl Hansen<br>Xiamen Sourcing<br>10073 Valley View Street #418<br>Cypress, CA 90630<br>866-970-7707 | Trade debt | | 71,649.11 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 12, 2015**   Signature **/s/ John White**  
**John White**  
**CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.