Michael W. Malter (SBN 96522)
Julie H. Rome-Banks (SBN 142364)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com
Email: Roya@bindermalter.com

The following constitutes
the order of the court. Signed December 17, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Debtor and Debtor-in-Possession,
Clement Support Services, Inc.

Jon G. Brooks (SBN 217930)
LAW OFFICES OF JON G. BROOKS
1900 The Alameda, Suite 520
San Jose, CA 95126
B:  (408) 286-2766
Email:  Jon@brooksattorney.com

Attorneys for Debtor and Debtor-in-Possession,
CSS Fabrication, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> CLEMENT SUPPORT SERVICES, INC., <br> a California corporation, <br><br> Debtor. | Case No.: 15-50794-MEH <br> Case No.: 15-50795-MEH <br><br> Chapter 11 <br><br> Cases Jointly Administered |
| In re: <br><br> CSS FABRICATION, INC., <br> a California corporation, <br><br> Debtor. | Date: December 16, 2015 <br> Time:   10:30 a.m. <br> Courtroom: 3020 |

### ORDER GRANTING MOTION FOR DISMISSAL OF CHAPTER 11 CASES

The Motion to Dismiss Chapter 11 Bankruptcy Cases ("Motion") of the Debtors Clement Support Services, Inc. ("Clement") and CSS Fabrication, Inc. ("Fabrication", together with

Clement the "Debtors") came on for hearing at the above referenced date and time pursuant to an order shortening time; Michael W. Malter of Binder & Malter, LLP appeared on behalf of Clement, Jon G. Brooks appeared on behalf of Fabrication and other appearances were noted in the record; the Court having considered the Motion together with the supporting declarations filed and the arguments of counsel present; the Court having considered and overruled any opposition presented; the Court having stated its findings of fact and conclusions of law on the record, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.
2. The bankruptcy cases of Clement and Fabrication are hereby dismissed.

**END OF ORDER**

COURT SERVICE LIST

None.